UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1199SEIU UNITED HEALTHCARE
WORKERS EAST,

        Petitioner,

   -against-

PSC COMMUNITY SERVICES, NEW
PARTNERS, INC. D/B/A
PARTNERS IN CARE, *et. al.*

        Respondents.

Case No.: 20-cv-3611 (JGK)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE**, that Michael Taubenfeld, attorney for the law firm Fisher Taubenfeld LLP, hereby appears in the above-captioned action on behalf of proposed intervenors Mei Kum Chu, Sau King Chung, Qun Xiang Ling, Epifania Hichez, Carmen Carrasco, Seferina Acosta, and Ramona de la Cruz and demands that all papers in this action be served upon the undersigned at the address stated below.

DATED: May 27, 2020
       New York, New York

                                 Respectfully submitted,

                                 _____/s/_____

                                 Michael Taubenfeld, Esq.
                                 FISHER TAUBENFELD LLP
                                 225 Broadway, Suite 1700
                                 New York, New York 10007
                                 Tel.: (212) 571-0700
                                 Fax: (212) 505-2001
                                 michael@fishertaubenfeld.com