```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────
1199SEIU UNITED HEALTHCARE WORKERS
EAST,
                                              20cv3611 (JGK)
                Petitioner,
                                              ORDER
       - against -

PSC COMMUNITY SERVICES et al.

                Defendants.
───────────────────────────────────────
ALVARO RAMIREZ GUZMAN et al.

                Plaintiffs,
                                              20cv3929 (JGK)
       – against –

THE FIRST CHINESE PRESBYTERIAN
COMMUNITY AFFAIRS HOME ATTENDANT
CORPORATION
                Defendant.
───────────────────────────────────────
EUGENIA BARAHONA ALVARADO

                Plaintiff,

       – against –                            20cv3930 (JGK)

ALLIANCE FOR HEALTH, INC.,

                Defendant.
───────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

A teleconference in the related cases will be held on June 11, 2020 at 11:00 AM. The parties should call in to (888)-363-4749 and use access code 8140049. The parties should consult

prior to the conference about a coordinated briefing schedule for the related cases.

**SO ORDERED.**

**Dated:    New York, New York**
         **May 30, 2020**          _____/s/ John G. Koeltl_____
                                        **John G. Koeltl**
                             **United States District Judge**