UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 1199SEIU UNITED HEALTHCARE WORKERS EAST,<br><br>                Petitioner,<br><br>      -against-<br><br>PSC COMMUNITY SERVICES, NEW PARTNERS, INC. D/B/A PARTNERS IN CARE, et al.,<br><br>                Respondents. | No. 20-CV-3611 (JGK)<br><br>**NOTICE OF APPEARANCE** |

      **PLEASE TAKE NOTICE** that S. Tito Sinha, of TakeRoot Justice, who is admitted or otherwise authorized to practice in this Court, hereby enters his appearance in this action on behalf of proposed intervenors Mei Kum Chu, Sau King Chung, Qun Xiang Ling, Epifania Hichez, Carmen Carrasco, Seferina Acosta, and Ramona de la Cruz.

Dated: New York, New York
       June 2, 2020

                                              Respectfully submitted,

                                              TAKEROOT JUSTICE

                                              By: */s/ S. Tito Sinha*
                                              S. Tito Sinha
                                              123 William Street, 16th Floor
                                              New York, New York 10038
                                              (646) 459-3032 (phone)
                                              (212) 533-4598 (fax)
                                              tsinha@takerootjustice.org