UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————

1199SEIU UNITED HEALTHCARE WORKERS
EAST,

                Petitioner,

    - against -

PSC COMMUNITY SERVICES et al.

                Respondents.
————————————————————————————

ALVARO RAMIREZ GUZMAN et al.

                Plaintiffs,

    – against –

THE FIRST CHINESE PRESBYTERIAN
COMMUNITY AFFAIRS HOME ATTENDANT
CORPORATION

                Defendant.
————————————————————————————

EUGENIA BARAHONA ALVARADO

                Plaintiff,

    – against –

ALLIANCE FOR HEALTH, INC.,

                Defendant.
————————————————————————————

20cv3611 (JGK)

ORDER

20cv3929 (JGK)

20cv3930 (JGK)

**JOHN G. KOELTL, District Judge:**

    All motions in the three related cases, including motions to remand and motions to intervene, shall proceed on the following schedule: Motions are due by June 25, 2020; responses are due by July 10, 2020; replies are due by July 20, 2020. All

moving parties should submit courtesy copies of their fully briefed motion papers to the Courthouse by July 20, 2020.

**SO ORDERED.**

**Dated:    New York, New York**
           **June 11, 2020**          _____/s/ John G. Koeltl_____
                                               **John G. Koeltl**
                                      **United States District Judge**