UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 1199SEIU UNITED HEALTHCARE WORKERS EAST,<br><br>Petitioner,<br><br>v.<br><br>PSC COMMUNITY SERVICES, NEW PARTNERS, INC. D/B/A PARTNERS IN CARE, STELLA ORTON HOME CARE AGENCY, RICHMOND HOME NEEDS, SUNNYSIDE HOME CARE PROJECT, SUNNYSIDE CITYWIDE HOME CARE, FAMILY HOME CARE OF BROOKLYN AND QUEENS, CARE AT HOME, CHINESE-AMERICAN PLANNING COUNCIL HOME ATTENDANT PROGRAM, UNITED JEWISH COUNCIL OF THE EAST SIDE HOME ATTENDANT SERVICE CORP., THE FIRST CHINESE PRESBYTERIAN COMMUNITY AFFAIRS HOME ATTENDANT CORP., AZOR HOME CARE, BUSHWICK STUYVESANT HEIGHTS HOME ATTENDANT, INC., CABS HOMECARE, RIVERSPRING LICENSED HOMECARE SERVICES AGENCY, INC., ST. NICHOLAS HUMAN SUPPORTS CORP., WARTBURG, ALLIANCE FOR HEALTH, INC., REGION CARE, INC., SPECIAL TOUCH HOME CARE SERVICES, INC., RAIN, INC., PRESTIGE HOME CARE, INC., PRESTIGE HOME ATTENDANT, INC. D/B/A ALL SEASON HOME ATTENDANT, PERSONAL TOUCH HOME CARE OF N.Y., INC., PRIORITY HOME SERVICES, PREMIER HOME HEALTH CARE, INC., BRONX JEWISH COMMUNITY COUNCIL HOME ATTENDANT SERVICES, CIDNY INDEPENDENT LIVING SERVICES, HOME CARE SERVICES FOR INDEPENDENT LIVING, NEW YORK FOUNDATION FOR SENIOR CITIZENS HOME ATTENDANT SERVICES, COOPERATIVE HOME CARE ASSOCIATES, RISEBORO HOME CARE, INC., FEGS HOME ATTENDANT SERVICES, HOME HEALTH MANAGEMENT SERVICES, INC., SCHOOL SETTLEMENT HOME ATTENDANT CORP., ROCKAWAY HOME ATTENDANT, BRONXWOOD HOME FOR THE AGED, INC., ACCENTCARE OF NY, INC., ISABELLA VISITING CARE, INC., SOCIAL CONCERN COMMUNITY DEVELOPMENT CORP., ABC HEALTH SERVICES REGISTRY, ALLIANCE HOME SERVICES, | Civil Action No. 20-cv-03611<br><br>**NOTICE OF MOTION TO DISMISS** |

> *collectively identified by the Arbitrator as the* "HOME HEALTH CARE AGENCIES",
>
>                                            Respondents.

Please take notice herein that the undersigned shall move this Court, before the Honorable John G. Koeltl, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, on such date and at such time as the Court shall determine, for an Order dismissing the Petition due to lack of subject matter jurisdiction, or alternatively, to stay any confirmation with respect to Former Employees.

**WHEREFORE**, the Plaintiffs respectfully request that this case be dismissed for lack of subject matter jurisdiction, or alternatively, stayed with respect to Former Employees.

Dated: New York, New York
       June 29, 2020

                                      VIRGINIA & AMBINDER, LLP

                          By:     /s/ LaDonna M. Lusher    .
                                      LaDonna M. Lusher, Esq.
                                      Kara S. Miller, Esq.
                                      Michele A. Moreno, Esq.
                                      Alanna R. Sakovits, Esq.
                                      40 Broad Street, 7th Floor
                                      New York, New York 10004
                                      llusher@vandallp.com
                                      Tel:   (212) 943-9080
                                      Fax:   (212) 943-9082

TO:    All counsel of record (via ECF)