UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
1199SEIU UNITED HEALTHCARE WORKERS EAST,

                                                    Petitioner,

                          -against-

PSC COMMUNITY SERVICES, NEW PARTNERS,
INC. d/b/a PARTNERS IN CARE, STELLA ORTON
HOME CARE AGENCY, RICHMOND HOME NEEDS,
SUNNYSIDE HOME CARE PROJECT, SUNNYSIDE
CITYWIDE HOME CARE, FAMILY HOME CARE OF
BROOKLYN AND QUEENS, CARE AT HOME,
CHINESE-AMERICAN PLANNING COUNCIL HOME
ATTENDANT     PROGRAM,     UNITED    JEWISH
COUNCIL OF THE EAST SIDE HOME ATTENDANT
SERVICE    CORP.,    THE    FIRST    CHINESE
PRESBYTERIAN  COMMUNITY  AFFAIRS  HOME
ATTENDANT    CORP.,    AZOR    HOME    CARE,
BUSHWICK    STUYVESANT    HEIGHTS    HOME
ATTENDANT,    INC.,    CABS    HOMECARE,
RIVERSPRING LICENSED HOMECARE SERVICES
AGENCY, INC., ST. NICHOLAS HUMAN SUPPORTS
CORP., WARTBURG, ALLIANCE FOR HEALTH,
INC., REGION CARE, INC., SPECIAL TOUCH HOME
CARE SERVICES, INC., RAIN, INC., PRESTIGE
HOME CARE, INC., PRESTIGE HOME ATTENDANT,
INC. d/b/a ALL SEASON HOME ATTENDANT,
PERSONAL TOUCH HOME CARE OF N.Y., INC.,
PRIORITY   HOME   SERVICES,   PREMIER   HOME
HEALTH    CARE,    INC.,    BRONX    JEWISH
COMMUNITY   COUNCIL   HOME   ATTENDANT
SERVICES,   CIDNY   INDEPENDENT   LIVING
SERVICES,    HOME   CARE   SERVICES   FOR
INDEPENDENT LIVING, NEW YORK FOUNDATION
FOR  SENIOR  CITIZENS  HOME  ATTENDANT
SERVICES,   COOPERATIVE   HOME   CARE
ASSOCIATES, RISEBORO HOME CARE, INC., FEGS
HOME ATTENDANT SERVICES, HOME HEALTH
MANAGEMENT    SERVICES,    INC.,    SCHOOL
SETTLEMENT    HOME    ATTENDANT    CORP.,
ROCKAWAY HOME ATTENDANT, BRONXWOOD
HOME FOR THE AGED, INC., ACCENTCARE OF NY,
INC., ISABELLA VISITING CARE, INC., SOCIAL

**AFFIDAVIT OF
DENISE WATKINS**

Case No.
20-cv-03611-JGK

CONCERN COMMUNITY DEVELOPMENT CORP.,
ABC HEALTH SERVICES REGISTRY, ALLIANCE
HOME SERVICES, *collectively identified by the Arbitrator as the* "HOME HEALTH CARE AGENCIES",

                                                      Respondents.
-------------------------------------------------------------------X

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF KINGS        )

     I, DENISE WATKINS, being duly sworn state the following:

1.  I am the Director of Dues and Membership for Petitioner 1199SEIU United Healthcare Workers East ("Union" or "1199").

2.  In my capacity as Director of Dues and Membership, I have access to the Union's records regarding dues remittances by employers on behalf of 1199 bargaining unit members. These records are maintained in the normal course of business.

3.  The Union's records show that Dulce A. Herrera, a member of the Union's bargaining unit employed at United Jewish Council of the East Side Home Attendant Services ("United Jewish Council"), authorized her employer to deduct dues from her paycheck and remitted them to the Union.  The deductions from United Jewish Council began in October 2002 and continued through December 2016.

4.  Thereafter, the Union has continued, through May 2020, to receive dues from Ms. Herrera through payroll deductions she has authorized from her current employer New York Foundation for Senior Citizens Home Attendant Services ("New York Foundation").

5.   The report attached hereto as Exhibit A shows the dues that were deducted from Ms.

Herrera's paychecks and remitted to the Union on her behalf by United Jewish Council

and New York Foundation through May 2020.

_Denise Watkins_
DENISE WATKINS

Sworn to before me this
9th day of July, 2020

_Laurence D. Bickstone_
NOTARY PUBLIC

Li c . no 02BL6209333
Exp. 7/27/21

Qualified in
Kings County

This notarization was made pursuant to Executive Order 202.7 by interactive video conference,
with the signatory located in Kings County, New York, and the notary located in
Kings County, New York.

# EXHIBIT A

| Batch ID | Transaction Date | Year | Period | Category | Employer | Year / Period | Amount | Type | Chapter | Payment Type | Payment Date | Notes | Arrears | Created By | Created On | Check Number | Charge Amount | Work Location | Period Number | Charge Discrepancy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10/31/2002 | 2002 | October | | United Jewish of East Side HAS | 2002/10 | 14.37 | Dues | | | | | No | UW4DataConversion | 10/30/2002 19:00 | | | MANAGED CARE | 10 | No |
| | 11/29/2002 | 2002 | November | | United Jewish of East Side HAS | 2002/11 | 16.07 | Dues | | | | | No | UW4DataConversion | 11/28/2002 19:00 | | | MANAGED CARE | 11 | No |
| | 12/31/2002 | 2002 | December | | United Jewish of East Side HAS | 2002/12 | 23.65 | Dues | | | | | No | UW4DataConversion | 12/30/2002 19:00 | | | MANAGED CARE | 12 | No |
| | 1/31/2003 | 2003 | January | | United Jewish of East Side HAS | 2003/01 | 23.65 | Dues | | | | | No | UW4DataConversion | 1/30/2003 19:00 | | | MANAGED CARE | 1 | No |
| | 2/28/2003 | 2003 | February | | United Jewish of East Side HAS | 2003/02 | 24 | Dues | | | | | No | UW4DataConversion | 2/27/2003 19:00 | | | MANAGED CARE | 2 | No |
| | 3/31/2003 | 2003 | March | | United Jewish of East Side HAS | 2003/03 | 23.18 | Dues | | | | | No | UW4DataConversion | 3/30/2003 19:00 | | | MANAGED CARE | 3 | No |
| | 4/30/2003 | 2003 | April | | United Jewish of East Side HAS | 2003/04 | 22.46 | Dues | | | | | No | UW4DataConversion | 4/29/2003 20:00 | | | MANAGED CARE | 4 | No |
| | 5/31/2003 | 2003 | May | | United Jewish of East Side HAS | 2003/05 | 24 | Dues | | | | | No | UW4DataConversion | 5/30/2003 20:00 | | | MANAGED CARE | 5 | No |
| | 6/30/2003 | 2003 | June | | United Jewish of East Side HAS | 2003/06 | 24 | Dues | | | | | No | UW4DataConversion | 6/29/2003 20:00 | | | MANAGED CARE | 6 | No |
| | 7/31/2003 | 2003 | July | | United Jewish of East Side HAS | 2003/07 | 19.53 | Dues | | | | | No | UW4DataConversion | 7/30/2003 20:00 | | | MANAGED CARE | 7 | No |
| | 8/31/2003 | 2003 | August | | United Jewish of East Side HAS | 2003/08 | 24 | Dues | | | | | No | UW4DataConversion | 8/30/2003 20:00 | | | MANAGED CARE | 8 | No |
| | 9/30/2003 | 2003 | September | | United Jewish of East Side HAS | 2003/09 | 24 | Dues | | | | | No | UW4DataConversion | 9/29/2003 20:00 | | | MANAGED CARE | 9 | No |
| | 10/31/2003 | 2003 | October | | United Jewish of East Side HAS | 2003/10 | 24 | Dues | | | | | No | UW4DataConversion | 10/30/2003 19:00 | | | MANAGED CARE | 10 | No |
| | 11/30/2003 | 2003 | November | | United Jewish of East Side HAS | 2003/11 | 22.72 | Dues | | | | | No | UW4DataConversion | 11/29/2003 19:00 | | | MANAGED CARE | 11 | No |
| | 12/31/2003 | 2003 | December | | United Jewish of East Side HAS | 2003/12 | 24 | Dues | | | | | No | UW4DataConversion | 12/30/2003 19:00 | | | MANAGED CARE | 12 | No |
| | 1/31/2004 | 2004 | January | | United Jewish of East Side HAS | 2004/01 | 24 | Dues | | | | | No | UW4DataConversion | 1/30/2004 19:00 | | | MANAGED CARE | 1 | No |
| | 2/29/2004 | 2004 | February | | United Jewish of East Side HAS | 2004/02 | 24 | Dues | | | | | No | UW4DataConversion | 2/28/2004 19:00 | | | MANAGED CARE | 2 | No |
| | 3/29/2004 | 2004 | March | | United Jewish of East Side HAS | 2004/03 | 24 | Dues | | | | | No | UW4DataConversion | 3/28/2004 19:00 | | | MANAGED CARE | 3 | No |
| | 4/30/2004 | 2004 | April | | United Jewish of East Side HAS | 2004/04 | 24 | Dues | | | | | No | UW4DataConversion | 4/29/2004 20:00 | | | MANAGED CARE | 4 | No |
| | 5/31/2004 | 2004 | May | | United Jewish of East Side HAS | 2004/05 | 24 | Dues | | | | | No | UW4DataConversion | 5/30/2004 20:00 | | | MANAGED CARE | 5 | No |
| | 6/30/2004 | 2004 | June | | United Jewish of East Side HAS | 2004/06 | 24 | Dues | | | | | No | UW4DataConversion | 6/29/2004 20:00 | | | MANAGED CARE | 6 | No |
| | 7/31/2004 | 2004 | July | | United Jewish of East Side HAS | 2004/07 | 24 | Dues | | | | | No | UW4DataConversion | 7/30/2004 20:00 | | | MANAGED CARE | 7 | No |
| | 8/31/2004 | 2004 | August | | United Jewish of East Side HAS | 2004/08 | 24 | Dues | | | | | No | UW4DataConversion | 8/30/2004 20:00 | | | MANAGED CARE | 8 | No |
| | 9/30/2004 | 2004 | September | | United Jewish of East Side HAS | 2004/09 | 24 | Dues | | | | | No | UW4DataConversion | 9/29/2004 20:00 | | | MANAGED CARE | 9 | No |
| | 10/31/2004 | 2004 | October | | United Jewish of East Side HAS | 2004/10 | 24 | Dues | | | | | No | UW4DataConversion | 10/30/2004 20:00 | | | MANAGED CARE | 10 | No |
| | 11/30/2004 | 2004 | November | | United Jewish of East Side HAS | 2004/11 | 24 | Dues | | | | | No | UW4DataConversion | 11/29/2004 19:00 | | | MANAGED CARE | 11 | No |
| | 12/31/2004 | 2004 | December | | United Jewish of East Side HAS | 2004/12 | 24 | Dues | | | | | No | UW4DataConversion | 12/30/2004 19:00 | | | MANAGED CARE | 12 | No |
| | 1/31/2005 | 2005 | January | | United Jewish of East Side HAS | 2005/01 | 24 | Dues | | | | | No | UW4DataConversion | 1/30/2005 19:00 | | | MANAGED CARE | 1 | No |
| | 2/28/2005 | 2005 | February | | United Jewish of East Side HAS | 2005/02 | 24 | Dues | | | | | No | UW4DataConversion | 2/27/2005 19:00 | | | MANAGED CARE | 2 | No |
| | 3/31/2005 | 2005 | March | | United Jewish of East Side HAS | 2005/03 | 24 | Dues | | | | | No | UW4DataConversion | 3/30/2005 19:00 | | | MANAGED CARE | 3 | No |
| | 4/30/2005 | 2005 | April | | United Jewish of East Side HAS | 2005/04 | 24 | Dues | | | | | No | UW4DataConversion | 4/29/2005 20:00 | | | MANAGED CARE | 4 | No |
| | 5/31/2005 | 2005 | May | | United Jewish of East Side HAS | 2005/05 | 24 | Dues | | | | | No | UW4DataConversion | 5/30/2005 20:00 | | | MANAGED CARE | 5 | No |
| | 6/30/2005 | 2005 | June | | United Jewish of East Side HAS | 2005/06 | 24 | Dues | | | | | No | UW4DataConversion | 6/29/2005 20:00 | | | MANAGED CARE | 6 | No |
| | 7/31/2005 | 2005 | July | | United Jewish of East Side HAS | 2005/07 | 24 | Dues | | | | | No | UW4DataConversion | 7/30/2005 20:00 | | | MANAGED CARE | 7 | No |
| | 8/31/2005 | 2005 | August | | United Jewish of East Side HAS | 2005/08 | 24 | Dues | | | | | No | UW4DataConversion | 8/30/2005 20:00 | | | MANAGED CARE | 8 | No |
| | 9/30/2005 | 2005 | September | | United Jewish of East Side HAS | 2005/09 | 24 | Dues | | | | | No | UW4DataConversion | 9/29/2005 20:00 | | | MANAGED CARE | 9 | No |
| | 10/31/2005 | 2005 | October | | United Jewish of East Side HAS | 2005/10 | 24 | Dues | | | | | No | UW4DataConversion | 10/30/2005 19:00 | | | MANAGED CARE | 10 | No |
| | 11/30/2005 | 2005 | November | | United Jewish of East Side HAS | 2005/11 | 24 | Dues | | | | | No | UW4DataConversion | 11/29/2005 19:00 | | | MANAGED CARE | 11 | No |
| | 12/31/2005 | 2005 | December | | United Jewish of East Side HAS | 2005/12 | 24 | Dues | | | | | No | UW4DataConversion | 12/30/2005 19:00 | | | MANAGED CARE | 12 | No |
| | 1/31/2006 | 2006 | January | | United Jewish of East Side HAS | 2006/01 | 24 | Dues | | | | | No | UW4DataConversion | 1/30/2006 19:00 | | | MANAGED CARE | 1 | No |
| | 2/28/2006 | 2006 | February | | United Jewish of East Side HAS | 2006/02 | 24 | Dues | | | | | No | UW4DataConversion | 2/27/2006 19:00 | | | MANAGED CARE | 2 | No |

| ID | Date | Year | Month | Organization | Period | Num | Type | | | No | Person | DateTime | | Category | Num | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3/31/2006 | 2006 | March | United Jewish of East Side HAS | 2006/03 | 24 | Dues | | | No | UW4DataConversion | 3/30/2006 19:00 | | MANAGED CARE | 3 | No |
| | 4/30/2006 | 2006 | April | United Jewish of East Side HAS | 2006/04 | 24 | Dues | | | No | UW4DataConversion | 4/29/2006 20:00 | | MANAGED CARE | 4 | No |
| | 5/31/2006 | 2006 | May | United Jewish of East Side HAS | 2006/05 | 24 | Dues | | | No | UW4DataConversion | 5/30/2006 20:00 | | MANAGED CARE | 5 | No |
| | 6/30/2006 | 2006 | June | United Jewish of East Side HAS | 2006/06 | 24 | Dues | | | No | UW4DataConversion | 6/29/2006 20:00 | | MANAGED CARE | 6 | No |
| | 7/31/2006 | 2006 | July | United Jewish of East Side HAS | 2006/07 | 24 | Dues | | | No | UW4DataConversion | 7/30/2006 20:00 | | MANAGED CARE | 7 | No |
| | 8/31/2006 | 2006 | August | United Jewish of East Side HAS | 2006/08 | 24 | Dues | | | No | UW4DataConversion | 10/16/2006 6:04 | | MANAGED CARE | 8 | No |
| | 9/30/2006 | 2006 | September | United Jewish of East Side HAS | 2006/09 | 24 | Dues | | | No | UW4DataConversion | 11/13/2006 21:34 | | MANAGED CARE | 9 | No |
| | 10/31/2006 | 2006 | October | United Jewish of East Side HAS | 2006/10 | 24 | Dues | | | No | UW4DataConversion | 12/6/2006 23:45 | | MANAGED CARE | 10 | No |
| | 11/30/2006 | 2006 | November | United Jewish of East Side HAS | 2006/11 | 24 | Dues | | | No | UW4DataConversion | 1/3/2007 23:41 | | MANAGED CARE | 11 | No |
| | 12/31/2006 | 2006 | December | United Jewish of East Side HAS | 2006/12 | 24 | Dues | | | No | UW4DataConversion | 2/14/2007 0:05 | | MANAGED CARE | 12 | No |
| 1E+05 | 1/31/2007 | 2007 | January | United Jewish of East Side HAS | 2007/01 | 24 | Dues | | | No | UW4DataConversion | 2/24/2007 9:41 | | MANAGED CARE | 1 | No |
| 1E+05 | 2/28/2007 | 2007 | February | United Jewish of East Side HAS | 2007/02 | 24 | Dues | | | No | UW4DataConversion | 3/20/2007 0:36 | | MANAGED CARE | 2 | No |
| 1E+05 | 3/31/2007 | 2007 | March | United Jewish of East Side HAS | 2007/03 | 24 | Dues | | | No | UW4DataConversion | 4/19/2007 0:19 | | MANAGED CARE | 3 | No |
| 1E+05 | 4/30/2007 | 2007 | April | United Jewish of East Side HAS | 2007/04 | 24 | Dues | | | No | UW4DataConversion | 5/23/2007 0:32 | | MANAGED CARE | 4 | No |
| 1E+05 | 5/31/2007 | 2007 | May | United Jewish of East Side HAS | 2007/05 | 24 | Dues | | | No | UW4DataConversion | 6/17/2007 23:42 | | MANAGED CARE | 5 | No |
| 1E+05 | 6/30/2007 | 2007 | June | United Jewish of East Side HAS | 2007/06 | 24 | Dues | | | No | UW4DataConversion | 8/13/2007 23:43 | | MANAGED CARE | 6 | No |
| 1E+05 | 7/31/2007 | 2007 | July | United Jewish of East Side HAS | 2007/07 | 24 | Dues | | | No | UW4DataConversion | 9/4/2007 22:39 | | MANAGED CARE | 7 | No |
| 1E+05 | 8/31/2007 | 2007 | August | United Jewish of East Side HAS | 2007/08 | 24 | Dues | | | No | UW4DataConversion | 9/20/2007 23:01 | | MANAGED CARE | 8 | No |
| 1E+05 | 9/30/2007 | 2007 | September | United Jewish of East Side HAS | 2007/09 | 24 | Dues | | | No | UW4DataConversion | 11/2/2007 13:27 | | MANAGED CARE | 9 | No |
| 1E+05 | 10/31/2007 | 2007 | October | United Jewish of East Side HAS | 2007/10 | 24 | Dues | | | No | UW4DataConversion | 11/19/2007 22:22 | | MANAGED CARE | 10 | No |
| 1E+05 | 11/30/2007 | 2007 | November | United Jewish of East Side HAS | 2007/11 | 24 | Dues | | | No | UW4DataConversion | 2/22/2008 7:43 | | MANAGED CARE | 11 | No |
| 1E+05 | 12/31/2007 | 2007 | December | United Jewish of East Side HAS | 2007/12 | 24 | Dues | | | No | UW4DataConversion | 3/5/2008 22:32 | | MANAGED CARE | 12 | No |
| 1E+05 | 1/31/2008 | 2008 | January | United Jewish of East Side HAS | 2008/01 | 24 | Dues | | | No | UW4DataConversion | 3/31/2008 4:28 | | MANAGED CARE | 1 | No |
| 1E+05 | 2/29/2008 | 2008 | February | United Jewish of East Side HAS | 2008/02 | 24 | Dues | | | No | UW4DataConversion | 4/23/2008 0:19 | | MANAGED CARE | 2 | No |
| 2E+05 | 4/30/2008 | 2008 | April | United Jewish of East Side HAS | 2008/04 | 24 | Dues | | | No | UW4DataConversion | 6/4/2008 23:52 | | MANAGED CARE | 4 | No |
| 2E+05 | 5/31/2008 | 2008 | May | United Jewish of East Side HAS | 2008/05 | 24 | Dues | | | No | UW4DataConversion | 7/8/2008 0:14 | | MANAGED CARE | 5 | No |
| 2E+05 | 6/30/2008 | 2008 | June | United Jewish of East Side HAS | 2008/06 | 24 | Dues | | | No | UW4DataConversion | 8/13/2008 22:44 | | MANAGED CARE | 6 | No |
| 2E+05 | 7/31/2008 | 2008 | July | United Jewish of East Side HAS | 2008/07 | 24 | Dues | | | No | UW4DataConversion | 9/8/2008 23:22 | | MANAGED CARE | 7 | No |
| 2E+05 | 8/31/2008 | 2008 | August | United Jewish of East Side HAS | 2008/08 | 24 | Dues | | | No | UW4DataConversion | 10/6/2008 23:56 | | MANAGED CARE | 8 | No |
| 2E+05 | 9/30/2008 | 2008 | September | United Jewish of East Side HAS | 2008/09 | 24 | Dues | | | No | UW4DataConversion | 10/30/2008 23:12 | | MANAGED CARE | 9 | No |
| 2E+05 | 10/31/2008 | 2008 | October | United Jewish of East Side HAS | 2008/10 | 24 | Dues | | | No | UW4DataConversion | 12/11/2008 21:44 | | MANAGED CARE | 10 | No |
| 2E+05 | 11/30/2008 | 2008 | November | United Jewish of East Side HAS | 2008/11 | 24 | Dues | | | No | UW4DataConversion | 1/9/2009 21:37 | | MANAGED CARE | 11 | No |
| 2E+05 | 12/31/2008 | 2008 | December | United Jewish of East Side HAS | 2008/12 | 24 | Dues | | | No | UW4DataConversion | 1/28/2009 22:52 | | MANAGED CARE | 12 | No |
| 2E+05 | 1/31/2009 | 2009 | January | United Jewish of East Side HAS | 2009/01 | 24 | Dues | | | No | UW4DataConversion | 3/11/2009 23:39 | | MANAGED CARE | 1 | No |
| 2E+05 | 2/28/2009 | 2009 | February | United Jewish of East Side HAS | 2009/02 | 24 | Dues | | | No | UW4DataConversion | 4/8/2009 23:04 | | MANAGED CARE | 2 | No |
| 2E+05 | 3/31/2009 | 2009 | March | United Jewish of East Side HAS | 2009/03 | 24 | Dues | | | No | UW4DataConversion | 4/30/2009 23:57 | | MANAGED CARE | 3 | No |
| 2E+05 | 4/30/2009 | 2009 | April | United Jewish of East Side HAS | 2009/04 | 24 | Dues | | | No | Allan Chan | 5/28/2009 10:51 | | MANAGED CARE | 4 | No |
| 2E+05 | 5/31/2009 | 2009 | May | United Jewish of East Side HAS | 2009/05 | 24 | Dues | | | No | Allan Chan | 6/30/2009 10:09 | | MANAGED CARE | 5 | No |
| 2E+05 | 6/30/2009 | 2009 | June | United Jewish of East Side HAS | 2009/06 | 24 | Dues | | | No | Allan Chan | 7/28/2009 15:19 | | MANAGED CARE | 6 | No |
| 2E+05 | 7/31/2009 | 2009 | July | United Jewish of East Side HAS | 2009/07 | 24 | Dues | | | No | Allan Chan | 8/27/2009 11:31 | | MANAGED CARE | 7 | No |
| 2E+05 | 8/31/2009 | 2009 | August | United Jewish of East Side HAS | 2009/08 | 24 | Dues | | | No | Allan Chan | 9/22/2009 9:50 | | MANAGED CARE | 8 | No |
| 2E+05 | 9/30/2009 | 2009 | September | United Jewish of East Side HAS | 2009/09 | 24 | Dues | | | No | Allan Chan | 10/29/2009 9:57 | | MANAGED CARE | 9 | No |
| 2E+05 | 10/31/2009 | 2009 | October | United Jewish of East Side HAS | 2009/10 | 24 | Dues | | | No | Allan Chan | 12/3/2009 10:08 | | MANAGED CARE | 10 | No |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2E+05 | 11/30/2009 | 2009 | November | United Jewish of East Side HAS | 2009/11 | 24 | Dues | | | No | Allan Chan | 12/31/2009 10:17 | | MANAGED CARE | 11 | No |
| 2E+05 | 12/31/2009 | 2009 | December | United Jewish of East Side HAS | 2009/12 | 24 | Dues | | | No | Allan Chan | 2/2/2010 10:16 | | MANAGED CARE | 12 | No |
| 2E+05 | 1/31/2010 | 2010 | January | United Jewish of East Side HAS | 2010/01 | 24 | Dues | | | No | Allan Chan | 3/2/2010 9:26 | | MANAGED CARE | 1 | No |
| 2E+05 | 2/28/2010 | 2010 | February | United Jewish of East Side HAS | 2010/02 | 24 | Dues | | | No | Allan Chan | 3/26/2010 11:38 | | MANAGED CARE | 2 | No |
| 2E+05 | 3/31/2010 | 2010 | March | United Jewish of East Side HAS | 2010/03 | 24 | Dues | | | No | Allan Chan | 4/23/2010 10:14 | | MANAGED CARE | 3 | No |
| 2E+05 | 4/30/2010 | 2010 | April | United Jewish of East Side HAS | 2010/04 | 24 | Dues | | | No | Allan Chan | 6/7/2010 15:52 | | MANAGED CARE | 4 | No |
| 2E+05 | 5/31/2010 | 2010 | May | United Jewish of East Side HAS | 2010/05 | 24 | Dues | | | No | Allan Chan | 7/8/2010 11:12 | | MANAGED CARE | 5 | No |
| 2E+05 | 6/30/2010 | 2010 | June | United Jewish of East Side HAS | 2010/06 | 24 | Dues | | | No | Allan Chan | 8/13/2010 15:19 | | MANAGED CARE | 6 | No |
| 2E+05 | 7/31/2010 | 2010 | July | United Jewish of East Side HAS | 2010/07 | 24 | Dues | | | No | Allan Chan | 9/9/2010 15:11 | | MANAGED CARE | 7 | No |
| 2E+05 | 8/31/2010 | 2010 | August | United Jewish of East Side HAS | 2010/08 | 24 | Dues | | | No | Thomas Dyer | 9/29/2010 16:04 | | MANAGED CARE | 8 | No |
| 2E+05 | 9/30/2010 | 2010 | September | United Jewish of East Side HAS | 2010/09 | 24 | Dues | | | No | Thomas Dyer | 11/5/2010 12:48 | | MANAGED CARE | 9 | No |
| 2E+05 | 10/31/2010 | 2010 | October | United Jewish of East Side HAS | 2010/10 | 24 | Dues | | | No | Thomas Dyer | 12/1/2010 17:01 | | MANAGED CARE | 10 | No |
| 2E+05 | 11/30/2010 | 2010 | November | United Jewish of East Side HAS | 2010/11 | 24 | Dues | | | No | Thomas Dyer | 12/28/2010 16:09 | | MANAGED CARE | 11 | No |
| 2E+05 | 12/31/2010 | 2010 | December | United Jewish of East Side HAS | 2010/12 | 24 | Dues | | | No | Thomas Dyer | 1/28/2011 12:24 | | MANAGED CARE | 12 | No |
| 2E+05 | 1/31/2011 | 2011 | January | United Jewish of East Side HAS | 2011/01 | 24 | Dues | | | No | Thomas Dyer | 2/18/2011 10:27 | | MANAGED CARE | 1 | No |
| 2E+05 | 2/28/2011 | 2011 | February | United Jewish of East Side HAS | 2011/02 | 24 | Dues | | | No | Thomas Dyer | 3/11/2011 15:11 | | MANAGED CARE | 2 | No |
| 2E+05 | 3/31/2011 | 2011 | March | United Jewish of East Side HAS | 2011/03 | 24 | Dues | | | No | Thomas Dyer | 4/18/2011 14:43 | | MANAGED CARE | 3 | No |
| 2E+05 | 4/30/2011 | 2011 | April | United Jewish of East Side HAS | 2011/04 | 24 | Dues | | | No | Thomas Dyer | 6/7/2011 10:29 | | MANAGED CARE | 4 | No |
| 2E+05 | 5/31/2011 | 2011 | May | United Jewish of East Side HAS | 2011/05 | 24 | Dues | | | No | Thomas Dyer | 6/23/2011 12:46 | | MANAGED CARE | 5 | No |
| 2E+05 | 6/30/2011 | 2011 | June | United Jewish of East Side HAS | 2011/06 | 24 | Dues | | | No | Thomas Dyer | 8/9/2011 16:09 | | MANAGED CARE | 6 | No |
| 2E+05 | 7/31/2011 | 2011 | July | United Jewish of East Side HAS | 2011/07 | 24 | Dues | | | No | Thomas Dyer | 9/16/2011 11:40 | | MANAGED CARE | 7 | No |
| 2E+05 | 8/31/2011 | 2011 | August | United Jewish of East Side HAS | 2011/08 | 24 | Dues | | | No | Thomas Dyer | 10/4/2011 12:11 | | MANAGED CARE | 8 | No |
| 2E+05 | 9/30/2011 | 2011 | September | United Jewish of East Side HAS | 2011/09 | 24 | Dues | | | No | Thomas Dyer | 12/1/2011 11:32 | | MANAGED CARE | 9 | No |
| 2E+05 | 10/31/2011 | 2011 | October | United Jewish of East Side HAS | 2011/10 | 24 | Dues | | | No | Thomas Dyer | 12/19/2011 12:31 | | MANAGED CARE | 10 | No |
| 2E+05 | 11/30/2011 | 2011 | November | United Jewish of East Side HAS | 2011/11 | 24 | Dues | | | No | Thomas Dyer | 1/11/2012 18:36 | | MANAGED CARE | 11 | No |
| 2E+05 | 12/31/2011 | 2011 | December | United Jewish of East Side HAS | 2011/12 | 24 | Dues | | | No | Thomas Dyer | 3/5/2012 14:45 | | MANAGED CARE | 12 | No |
| 2E+05 | 1/31/2012 | 2012 | January | United Jewish of East Side HAS | 2012/01 | 24 | Dues | | | No | Thomas Dyer | 3/22/2012 11:58 | | MANAGED CARE | 1 | No |
| 2E+05 | 2/29/2012 | 2012 | February | United Jewish of East Side HAS | 2012/02 | 24 | Dues | | | No | Thomas Dyer | 4/4/2012 10:30 | | MANAGED CARE | 2 | No |
| 2E+05 | 3/31/2012 | 2012 | March | United Jewish of East Side HAS | 2012/03 | 24 | Dues | | | No | Thomas Dyer | 5/17/2012 16:34 | | MANAGED CARE | 3 | No |
| 2E+05 | 4/30/2012 | 2012 | April | United Jewish of East Side HAS | 2012/04 | 24 | Dues | | | No | Thomas Dyer | 6/11/2012 15:52 | | MANAGED CARE | 4 | No |
| 3E+05 | 5/31/2012 | 2012 | May | United Jewish of East Side HAS | 2012/05 | 24 | Dues | | | No | Thomas Dyer | 7/3/2012 13:31 | | MANAGED CARE | 5 | No |
| 3E+05 | 6/30/2012 | 2012 | June | United Jewish of East Side HAS | 2012/06 | 24 | Dues | | | No | Thomas Dyer | 8/17/2012 9:55 | | MANAGED CARE | 6 | No |
| 3E+05 | 7/31/2012 | 2012 | July | United Jewish of East Side HAS | 2012/07 | 24 | Dues | | | No | Thomas Dyer | 9/12/2012 16:40 | | MANAGED CARE | 7 | No |
| 3E+05 | 8/31/2012 | 2012 | August | United Jewish of East Side HAS | 2012/08 | 24 | Dues | | | No | Thomas Dyer | 10/4/2012 12:49 | | MANAGED CARE | 8 | No |
| 3E+05 | 9/30/2012 | 2012 | September | United Jewish of East Side HAS | 2012/09 | 24 | Dues | | | No | Thomas Dyer | 11/19/2012 12:12 | | MANAGED CARE | 9 | No |
| 3E+05 | 10/31/2012 | 2012 | October | United Jewish of East Side HAS | 2012/10 | 24 | Dues | | | No | Thomas Dyer | 12/19/2012 11:58 | | MANAGED CARE | 10 | No |
| 3E+05 | 11/30/2012 | 2012 | November | United Jewish of East Side HAS | 2012/11 | 24 | Dues | | | No | Thomas Dyer | 2/5/2013 17:18 | | MANAGED CARE | 11 | No |
| 3E+05 | 12/31/2012 | 2012 | December | United Jewish of East Side HAS | 2012/12 | 24 | Dues | | | No | Thomas Dyer | 2/20/2013 12:21 | | MANAGED CARE | 12 | No |
| 3E+05 | 1/31/2013 | 2013 | January | United Jewish of East Side HAS | 2013/01 | 24 | Dues | | | No | Thomas Dyer | 3/18/2013 15:28 | | MANAGED CARE | 1 | No |
| 3E+05 | 2/28/2013 | 2013 | February | United Jewish of East Side HAS | 2013/02 | 24 | Dues | | | No | Thomas Dyer | 4/10/2013 11:59 | | MANAGED CARE | 2 | No |
| 3E+05 | 3/31/2013 | 2013 | March | United Jewish of East Side HAS | 2013/03 | 24 | Dues | | | No | Thomas Dyer | 5/1/2013 11:42 | | MANAGED CARE | 3 | No |
| 3E+05 | 4/30/2013 | 2013 | April | United Jewish of East Side HAS | 2013/04 | 24 | Dues | | | No | Thomas Dyer | 6/4/2013 12:56 | | MANAGED CARE | 4 | No |
| 3E+05 | 5/31/2013 | 2013 | May | United Jewish of East Side HAS | 2013/05 | 24 | Dues | | | No | Thomas Dyer | 7/9/2013 19:25 | | MANAGED CARE | 5 | No |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3E+05 | 6/30/2013 | 2013 | June | United Jewish of East Side HAS | 2013/06 | 24 | Dues | | | No | Thomas Dyer | 8/7/2013 12:08 | | MANAGED CARE | 6 | No |
| 3E+05 | 7/31/2013 | 2013 | July | United Jewish of East Side HAS | 2013/07 | 24 | Dues | | | No | Thomas Dyer | 8/29/2013 12:57 | | MANAGED CARE | 7 | No |
| 3E+05 | 8/31/2013 | 2013 | August | United Jewish of East Side HAS | 2013/08 | 24 | Dues | | | No | Thomas Dyer | 10/15/2013 15:03 | | MANAGED CARE | 8 | No |
| 3E+05 | 9/30/2013 | 2013 | September | United Jewish of East Side HAS | 2013/09 | 24 | Dues | | | No | Thomas Dyer | 11/12/2013 16:50 | | MANAGED CARE | 9 | No |
| 3E+05 | 10/31/2013 | 2013 | October | United Jewish of East Side HAS | 2013/10 | 24 | Dues | | | No | Thomas Dyer | 12/11/2013 15:27 | | MANAGED CARE | 10 | No |
| 3E+05 | 11/30/2013 | 2013 | November | United Jewish of East Side HAS | 2013/11 | 24 | Dues | | | No | Thomas Dyer | 1/29/2014 10:32 | | MANAGED CARE | 11 | No |
| 3E+05 | 12/31/2013 | 2013 | December | United Jewish of East Side HAS | 2013/12 | 24 | Dues | | | No | Thomas Dyer | 2/7/2014 18:22 | | MANAGED CARE | 12 | No |
| 3E+05 | 1/31/2014 | 2014 | January | United Jewish of East Side HAS | 2014/01 | 24 | Dues | | | No | Thomas Dyer | 2/26/2014 13:04 | | MANAGED CARE | 1 | No |
| 3E+05 | 2/28/2014 | 2014 | February | United Jewish of East Side HAS | 2014/02 | 24 | Dues | | | No | Thomas Dyer | 4/4/2014 15:22 | | MANAGED CARE | 2 | No |
| 3E+05 | 3/31/2014 | 2014 | March | United Jewish of East Side HAS | 2014/03 | 24 | Dues | | | No | Thomas Dyer | 5/1/2014 16:33 | | MANAGED CARE | 3 | No |
| 3E+05 | 4/30/2014 | 2014 | April | NY Foundation Scha Service Inc. | 2014/04 | 24 | Dues | | | No | Thomas Dyer | 6/3/2014 10:07 | | Home Care | 4 | No |
| 3E+05 | 5/31/2014 | 2014 | May | NY Foundation Scha Service Inc. | 2014/05 | 24 | Dues | | | No | Thomas Dyer | 6/17/2014 14:53 | | Home Care | 5 | No |
| 3E+05 | 5/31/2014 | 2014 | May | United Jewish of East Side HAS | 2014/05 | 6 | Dues | | | No | Thomas Dyer | 6/19/2014 17:02 | | MANAGED CARE | 5 | No |
| 3E+05 | 6/30/2014 | 2014 | June | NY Foundation Scha Service Inc. | 2014/06 | 32 | Dues | | | No | Thomas Dyer | 7/22/2014 13:57 | | Home Care | 6 | No |
| 3E+05 | 7/31/2014 | 2014 | July | NY Foundation Scha Service Inc. | 2014/07 | 32 | Dues | | | No | Thomas Dyer | 8/27/2014 17:17 | | Home Care | 7 | No |
| 3E+05 | 8/31/2014 | 2014 | August | NY Foundation Scha Service Inc. | 2014/08 | 32 | Dues | | | No | Thomas Dyer | 10/6/2014 17:02 | | Home Care | 8 | No |
| 3E+05 | 9/30/2014 | 2014 | September | NY Foundation Scha Service Inc. | 2014/09 | 32 | Dues | | | No | Thomas Dyer | 10/13/2014 15:42 | | Home Care | 9 | No |
| 3E+05 | 10/31/2014 | 2014 | October | NY Foundation Scha Service Inc. | 2014/10 | 32 | Dues | | | No | Thomas Dyer | 12/5/2014 12:31 | | Home Care | 10 | No |
| 3E+05 | 11/30/2014 | 2014 | November | NY Foundation Scha Service Inc. | 2014/11 | 32 | Dues | | | No | Thomas Dyer | 12/16/2014 16:37 | | Home Care | 11 | No |
| 3E+05 | 12/31/2014 | 2014 | December | NY Foundation Scha Service Inc. | 2014/12 | 32 | Dues | | | No | Thomas Dyer | 1/29/2015 12:12 | | Home Care | 12 | No |
| 3E+05 | 1/31/2015 | 2015 | January | NY Foundation Scha Service Inc. | 2015/01 | 32 | Dues | | | No | Thomas Dyer | 2/23/2015 17:02 | | Home Care | 1 | No |
| 3E+05 | 2/28/2015 | 2015 | February | NY Foundation Scha Service Inc. | 2015/02 | 32 | Dues | | | No | Thomas Dyer | 3/23/2015 12:24 | | Home Care | 2 | No |
| 3E+05 | 3/31/2015 | 2015 | March | NY Foundation Scha Service Inc. | 2015/03 | 32 | Dues | | | No | Thomas Dyer | 4/24/2015 16:51 | | Home Care | 3 | No |
| 3E+05 | 4/30/2015 | 2015 | April | NY Foundation Scha Service Inc. | 2015/04 | 32 | Dues | | | No | Thomas Dyer | 5/14/2015 10:53 | | Home Care | 4 | No |
| 3E+05 | 5/31/2015 | 2015 | May | NY Foundation Scha Service Inc. | 2015/05 | 32 | Dues | | | No | Thomas Dyer | 7/8/2015 9:50 | | Home Care | 5 | No |
| 3E+05 | 5/31/2015 | 2015 | May | United Jewish of East Side HAS | 2015/05 | 0.6 | Dues | | | No | Thomas Dyer | 7/10/2015 16:53 | | MANAGED CARE | 5 | No |
| 3E+05 | 6/30/2015 | 2015 | June | NY Foundation Scha Service Inc. | 2015/06 | 32 | Dues | | | No | Thomas Dyer | 7/23/2015 16:11 | | Home Care | 6 | No |
| 3E+05 | 7/31/2015 | 2015 | July | NY Foundation Scha Service Inc. | 2015/07 | 32 | Dues | | | No | Thomas Dyer | 8/21/2015 16:57 | | Home Care | 7 | No |
| 3E+05 | 8/31/2015 | 2015 | August | NY Foundation Scha Service Inc. | 2015/08 | 32 | Dues | | | No | Thomas Dyer | 9/28/2015 16:54 | | Home Care | 8 | No |
| 3E+05 | 9/30/2015 | 2015 | September | NY Foundation Scha Service Inc. | 2015/09 | 32 | Dues | | | No | Thomas Dyer | 10/14/2015 10:18 | | Home Care | 9 | No |
| 3E+05 | 10/31/2015 | 2015 | October | NY Foundation Scha Service Inc. | 2015/10 | 32 | Dues | | | No | Thomas Dyer | 11/10/2015 13:40 | | Home Care | 10 | No |
| 3E+05 | 11/30/2015 | 2015 | November | United Jewish of East Side HAS | 2015/11 | 20 | Dues | | | No | Thomas Dyer | 1/25/2016 23:33 | | MANAGED CARE | 11 | No |
| 3E+05 | 11/30/2015 | 2015 | November | NY Foundation Scha Service Inc. | 2015/11 | 20 | Dues | | | No | Thomas Dyer | 1/26/2016 22:44 | | Home Care | 11 | No |
| 3E+05 | 12/31/2015 | 2015 | December | United Jewish of East Side HAS | 2015/12 | 20 | Dues | | | No | Denise Watkins | 1/27/2016 23:37 | | MANAGED CARE | 12 | No |
| 3E+05 | 12/31/2015 | 2015 | December | NY Foundation Scha Service Inc. | 2015/12 | 32 | Dues | | | No | Denise Watkins | 1/29/2016 22:23 | | Home Care | 12 | No |
| 3E+05 | 1/31/2016 | 2016 | January | NY Foundation Scha Service Inc. | 2016/01 | 32 | Dues | | | No | Mikhail Ossipov | 3/2/2016 22:24 | | Home Care | 1 | No |
| 3E+05 | 2/29/2016 | 2016 | February | NY Foundation Scha Service Inc. | 2016/02 | 32 | Dues | | | No | Mikhail Ossipov | 3/21/2016 22:18 | | Home Care | 2 | No |
| 4E+05 | 3/31/2016 | 2016 | March | NY Foundation Scha Service Inc. | 2016/03 | 30.1 | Dues | | | No | Mikhail Ossipov | 4/19/2016 22:46 | | Home Care | 3 | No |
| 4E+05 | 4/30/2016 | 2016 | April | NY Foundation Scha Service Inc. | 2016/04 | 32 | Dues | | | No | Mikhail Ossipov | 5/12/2016 23:07 | | Home Care | 4 | No |
| 4E+05 | 5/31/2016 | 2016 | May | NY Foundation Scha Service Inc. | 2016/05 | 32 | Dues | | | No | Thomas Dyer | 8/22/2016 22:53 | | Home Care | 5 | No |
| 4E+05 | 5/31/2016 | 2016 | May | United Jewish of East Side HAS | 2016/05 | 0.6 | Dues | | | No | Thomas Dyer | 8/29/2016 22:26 | | MANAGED CARE | 5 | No |
| 4E+05 | 6/30/2016 | 2016 | June | United Jewish of East Side HAS | 2016/06 | 0.6 | Dues | | | No | Thomas Dyer | 8/29/2016 22:31 | | MANAGED CARE | 6 | No |
| 4E+05 | 6/30/2016 | 2016 | June | NY Foundation Scha Service Inc. | 2016/06 | 32 | Dues | | | No | Thomas Dyer | 8/22/2016 22:54 | | Home Care | 6 | No |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4E+05 | 7/31/2016 | 2016 | July | NY Foundation Scha Service Inc. | 2016/07 | 32 | Dues | | | No | Thomas Dyer | 9/15/2016 22:55 | | Home Care | 7 | No |
| 4E+05 | 7/31/2016 | 2016 | July | United Jewish of East Side HAS | 2016/07 | 20 | Dues | | | No | Thomas Dyer | 9/16/2016 23:06 | | MANAGED CARE | 7 | No |
| 4E+05 | 8/31/2016 | 2016 | August | NY Foundation Scha Service Inc. | 2016/08 | 32 | Dues | | | No | Thomas Dyer | 10/19/2016 22:48 | | Home Care | 8 | No |
| 4E+05 | 9/30/2016 | 2016 | September | NY Foundation Scha Service Inc. | 2016/09 | 32 | Dues | | | No | Thomas Dyer | 11/1/2016 22:40 | | Home Care | 9 | No |
| 4E+05 | 10/31/2016 | 2016 | October | NY Foundation Scha Service Inc. | 2016/10 | 29 | Dues | | | No | Thomas Dyer | 12/6/2016 22:10 | | Home Care | 10 | No |
| 4E+05 | 11/30/2016 | 2016 | November | NY Foundation Scha Service Inc. | 2016/11 | 32 | Dues | | | No | Thomas Dyer | 12/12/2016 22:19 | | Home Care | 11 | No |
| 4E+05 | 12/31/2016 | 2016 | December | United Jewish of East Side HAS | 2016/12 | 0.6 | Dues | | | No | Thomas Dyer | 1/10/2017 22:02 | | MANAGED CARE | 12 | No |
| 4E+05 | 12/31/2016 | 2016 | December | NY Foundation Scha Service Inc. | 2016/12 | 32 | Dues | | | No | Thomas Dyer | 1/10/2017 22:12 | | Home Care | 12 | No |
| 4E+05 | 1/31/2017 | 2017 | January | NY Foundation Scha Service Inc. | 2017/01 | 32 | Dues | | | No | Thomas Dyer | 3/16/2017 22:25 | | Home Care | 1 | No |
| 4E+05 | 2/28/2017 | 2017 | February | NY Foundation Scha Service Inc. | 2017/02 | 20 | Dues | | | No | Thomas Dyer | 3/24/2017 22:11 | | Home Care | 2 | No |
| 4E+05 | 3/31/2017 | 2017 | March | NY Foundation Scha Service Inc. | 2017/03 | 32 | Dues | | | No | Thomas Dyer | 4/12/2017 22:42 | | Home Care | 3 | No |
| 4E+05 | 4/30/2017 | 2017 | April | NY Foundation Scha Service Inc. | 2017/04 | 32 | Dues | | | No | Thomas Dyer | 5/9/2017 23:03 | | Home Care | 4 | No |
| 4E+05 | 5/31/2017 | 2017 | May | NY Foundation Scha Service Inc. | 2017/05 | 32 | Dues | | | No | Thomas Dyer | 6/14/2017 22:52 | | Home Care | 5 | No |
| 4E+05 | 6/30/2017 | 2017 | June | NY Foundation Scha Service Inc. | 2017/06 | 26.62 | Dues | | | No | Thomas Dyer | 7/12/2017 22:33 | | Home Care | 6 | No |
| 4E+05 | 7/31/2017 | 2017 | July | NY Foundation Scha Service Inc. | 2017/07 | 32 | Dues | | | No | Thomas Dyer | 8/29/2017 5:29 | | Home Care | 7 | No |
| 4E+05 | 8/31/2017 | 2017 | August | NY Foundation Scha Service Inc. | 2017/08 | 32 | Dues | | | No | Thomas Dyer | 9/11/2017 22:24 | | Home Care | 8 | No |
| 4E+05 | 9/30/2017 | 2017 | September | NY Foundation Scha Service Inc. | 2017/09 | 32 | Dues | | | No | Thomas Dyer | 10/20/2017 22:20 | | Home Care | 9 | No |
| 4E+05 | 10/31/2017 | 2017 | October | NY Foundation Scha Service Inc. | 2017/10 | 32 | Dues | | | No | Thomas Dyer | 1/12/2018 22:18 | | Home Care | 10 | No |
| 4E+05 | 11/30/2017 | 2017 | November | NY Foundation Scha Service Inc. | 2017/11 | 32 | Dues | | | No | Thomas Dyer | 1/18/2018 22:21 | | Home Care | 11 | No |
| 4E+05 | 12/31/2017 | 2017 | December | NY Foundation Scha Service Inc. | 2017/12 | 32 | Dues | | | No | Thomas Dyer | 1/23/2018 22:23 | | Home Care | 12 | No |
| 4E+05 | 1/31/2018 | 2018 | January | NY Foundation Scha Service Inc. | 2018/01 | 32 | Dues | | | No | Thomas Dyer | 3/5/2018 22:56 | | Home Care | 1 | No |
| 4E+05 | 2/28/2018 | 2018 | February | NY Foundation Scha Service Inc. | 2018/02 | 32 | Dues | | | No | Thomas Dyer | 3/28/2018 22:34 | | Home Care | 2 | No |
| 4E+05 | 3/31/2018 | 2018 | March | NY Foundation Scha Service Inc. | 2018/03 | 32 | Dues | | | No | Thomas Dyer | 5/10/2018 22:25 | | Home Care | 3 | No |
| 4E+05 | 4/30/2018 | 2018 | April | NY Foundation Scha Service Inc. | 2018/04 | 32 | Dues | | | No | Thomas Dyer | 5/18/2018 22:37 | | Home Care | 4 | No |
| 4E+05 | 5/31/2018 | 2018 | May | NY Foundation Scha Service Inc. | 2018/05 | 32 | Dues | | | No | Thomas Dyer | 6/26/2018 22:40 | | Home Care | 5 | No |
| 4E+05 | 6/30/2018 | 2018 | June | NY Foundation Scha Service Inc. | 2018/06 | 21.78 | Dues | | | No | Thomas Dyer | 7/10/2018 22:16 | | Home Care | 6 | No |
| 4E+05 | 7/31/2018 | 2018 | July | NY Foundation Scha Service Inc. | 2018/07 | 32 | Dues | | | No | Thomas Dyer | 8/14/2018 22:07 | | Home Care | 7 | No |
| 4E+05 | 8/31/2018 | 2018 | August | NY Foundation Scha Service Inc. | 2018/08 | 20 | Dues | | | No | Henry Bonna | 9/5/2018 22:32 | | Home Care | 8 | No |
| 4E+05 | 9/30/2018 | 2018 | September | NY Foundation Scha Service Inc. | 2018/09 | 32 | Dues | | | No | Henry Bonna | 10/25/2018 22:51 | | Home Care | 9 | No |
| 4E+05 | 10/31/2018 | 2018 | October | NY Foundation Scha Service Inc. | 2018/10 | 32 | Dues | | | No | Henry Bonna | 11/27/2018 22:18 | | Home Care | 10 | No |
| 4E+05 | 11/30/2018 | 2018 | November | NY Foundation Scha Service Inc. | 2018/11 | 32 | Dues | | | No | Henry Bonna | 12/20/2018 22:18 | | Home Care | 11 | No |
| 4E+05 | 12/31/2018 | 2018 | December | NY Foundation Scha Service Inc. | 2018/12 | 32 | Dues | | | No | Henry Bonna | 2/4/2019 22:20 | | Home Care | 12 | No |
| 4E+05 | 1/31/2019 | 2019 | January | NY Foundation Scha Service Inc. | 2019/01 | 32 | Dues | | | No | Henry Bonna | 3/14/2019 22:43 | | Home Care | 1 | No |
| 4E+05 | 2/28/2019 | 2019 | February | NY Foundation Scha Service Inc. | 2019/02 | 48 | Dues | | | No | Thomas Dyer | 4/10/2019 23:00 | | Home Care | 2 | No |
| 4E+05 | 3/31/2019 | 2019 | March | NY Foundation Scha Service Inc. | 2019/03 | 48 | Dues | | | No | Thomas Dyer | 4/24/2019 22:57 | | Home Care | 3 | No |
| 4E+05 | 4/30/2019 | 2019 | April | NY Foundation Scha Service Inc. | 2019/04 | 47.7 | Dues | | | No | Rufus Mahon | 5/30/2019 22:07 | | Home Care | 4 | No |
| 4E+05 | 5/31/2019 | 2019 | May | NY Foundation Scha Service Inc. | 2019/05 | 36 | Dues | | | No | Rufus Mahon | 6/14/2019 22:44 | | Home Care | 5 | No |
| 4E+05 | 6/30/2019 | 2019 | June | NY Foundation Scha Service Inc. | 2019/06 | 48 | Dues | | | No | Rufus Mahon | 7/11/2019 22:15 | | Home Care | 6 | No |
| 4E+05 | 7/31/2019 | 2019 | July | NY Foundation Scha Service Inc. | 2019/07 | 48 | Dues | | | No | Rufus Mahon | 8/9/2019 22:18 | | Home Care | 7 | No |
| 4E+05 | 8/31/2019 | 2019 | August | NY Foundation Scha Service Inc. | 2019/08 | 48 | Dues | | | No | Rufus Mahon | 10/14/2019 22:19 | | Home Care | 8 | No |
| 4E+05 | 9/30/2019 | 2019 | September | NY Foundation Scha Service Inc. | 2019/09 | 48 | Dues | | | No | Zayad Suleiman | 10/17/2019 23:02 | | Home Care | 9 | No |
| 4E+05 | 10/31/2019 | 2019 | October | NY Foundation Scha Service Inc. | 2019/10 | 20 | Dues | | | No | Rufus Mahon | 11/13/2019 22:33 | | Home Care | 10 | No |
| 5E+05 | 11/30/2019 | 2019 | November | NY Foundation Scha Service Inc. | 2019/11 | 47.7 | Dues | | | No | Rufus Mahon | 12/30/2019 22:42 | | Home Care | 11 | No |

| 5E+05 | 12/31/2019 | 2019 | December | | NY Foundation Scha Service Inc. | 2019/12 | 48 | Dues | | | | No | Rufus Mahon | 1/9/2020 22:05 | | | Home Care | 12 | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5E+05 | 1/31/2020 | 2020 | January | | NY Foundation Scha Service Inc. | 2020/01 | 48 | Dues | | | | No | Rufus Mahon | 3/9/2020 22:43 | | | Home Care | 1 | No |
| 5E+05 | 2/29/2020 | 2020 | February | | NY Foundation Scha Service Inc. | 2020/02 | 43.79 | Dues | | | | No | Rufus Mahon | 3/24/2020 22:35 | | | Home Care | 2 | No |
| 5E+05 | 3/31/2020 | 2020 | March | | NY Foundation Scha Service Inc. | 2020/03 | 47.4 | Dues | | | | No | Rufus Mahon | 4/15/2020 22:15 | | | Home Care | 3 | No |
| 5E+05 | 4/30/2020 | 2020 | April | | NY Foundation Scha Service Inc. | 2020/04 | 48 | Dues | | | | No | Rufus Mahon | 5/8/2020 22:41 | | | Home Care | 4 | No |
| 5E+05 | 5/31/2020 | 2020 | May | | NY Foundation Scha Service Inc. | 2020/05 | 40.5 | Dues | | | | No | Rufus Mahon | 6/10/2020 22:54 | | | Home Care | 5 | No |
| | | | | | | | $5,828.62 | | | | | | | | | | | | |