**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| 1199SEIU UNITED HEALTHCARE WORKERS EAST,<br><br>                    Petitioner,<br><br>          v.<br><br>PSC COMMUNITY SERVICES, NEW PARTNERS, INC. d/b/a PARTNERS IN CARE, STELLA ORTON HOME CARE AGENCY, RICHMOND HOME NEEDS, SUNNYSIDE HOME CA RE PROJECT, SUNNYSIDE CITYWIDE HOME CARE, FAMILY HOME CARE OF BROOKLYN AND QUEENS, CARE AT HOME, CHINESE-AMERICAN PLANNING COUNCIL HOME ATTENDANT PROGRAM, UNITED JEWISH COUNCIL OF THE EAST SIDE HOME ATTENDANT SERVICE CORP., THE FIRST CHINESE PRESBYTERIAN COMMUNITY AFFAIRS HOME ATTENDANT CORP., AZOR HOME CARE, BUSHWICK STUYVESANT HEIGHTS HOME ATTENDANT, INC., CA BS HOMECARE, RIVERSPRING LICENSED HOME CARE SERVICES AGENCY, INC., ST. NICHOLAS HUMAN SUPPORTS CORP., WARTBURG, ALLIANCE FOR HEALTH, INC., REGION CARE, INC., SPECIAL TOUCH HOME CARE SERVICES, INC., RAIN, INC., PRESTIGE HOME CARE, INC., PRESTIGE HOME ATTENDANT, INC. d/b/a ALL SEASON HOME ATTENDANT, PERSONAL TOUCH HOME CARE OF N.Y., INC., PRIORITY HOME SERVICES, PREMIER HOME HEALTH CARE, INC., BRONX JEWISH COMMUNITY COUNCIL HOME ATTENDANT SERVICES, CIDNY INDEPENDENT LIVING SERVICES, HOME CARE SERVICES FOR INDEPENDENT LIVING, NEW YORK FOUNDATION FOR SENIOR CITIZENS HOME ATTENDANT SERVICES, COOPERATIVE HOME CARE ASSOCIATES, RISEBORO HOME CARE, INC., FEGS HOME ATTENDANT SERVICES, HOME HEALTH MANAGEMENT SERVICES, INC., SCHOOL SETTLEMENT HOME ATTENDANT CORP., ROCKAWAY HOME ATTENDANT, BRONXWOOD HOME FOR THE AGED, INC., ACCENTCARE OF NY, INC., ISABELLA VISITING CARE, INC., SOCIAL CONCERN COMMUNITY DEVELOPMENT CORP., ABC HEALTH SERVICES REGISTRY, ALLIANCE HOME SERV ICES, *collectively identified by the Arbitrator as the* "HOME HEALTH CARE AGENCIES",<br><br>                    Respondents. | Case No.: 20-cv-03611-JGK<br><br>**DECLARATION OF DAVID SITZER IN SUPPORT OF THE OPPOSITION TO MOTION TO INTERVENE FILED BY UNITED JEWISH COUNCIL OF THE EAST SIDE HOME ATTENDANT SERVICE CORP.** |

1

**DAVID SITZER** declares as follows:

1. I am employed by United Jewish Council of the East Side Home Attendant Service Corp. ("UJC") as Assistant Director. I have personal knowledge of the facts and circumstances stated herein.

2. I understand that an individual named Dulce Herrera Palma has filed a motion in this case as a former employee of UJC. UJC does not have records of a "Dulce Herrera Palma" but does have records for a former employee named "Dulce Herrera."

3. Assuming that this is the same person, UJC's business records show that Ms. Palma continued to be employed and paid by UJC after December 1, 2015. Ms. Palma worked and was paid for shifts on December 31, 2015, June 17, 2016 and July 1, 2016. Ms. Palma also attended and was paid for trainings on December 4, 2015, December 18, 2015, April 8, 2016, May 20, 2016, November 4, 2016 and December 16, 2016. Attached hereto as Exhibit A are the UJC business records from which I was able to glean the foregoing facts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
July 10, 2020

_____