# Exhibit A

## Compensation Detail

United Jewish Council of the East Side HAS Corp
Company (NY1020)

Page 1

### HERRERA, DULCE

182 RIVERDALE AVE.#F
BROOKLYN, NY 11212

| Id | 100730 | Pay Freq | B | Fed Tax Status | S-2 |
|---|---|---|---|---|---|
| Status | T | Rate | 13.00 (12/31/2017) | State Tax Status | NY S-2 |
| Loc | MCO-NY-1 | Hire | 09/25/02 | SUI State | NY |

| Check Date | Hours | | | Earnings | | | | Taxes | | | | Deductions | Net Pay |
| | Reg | OT | Other | Reg | OT | Other | Gross | FITW | FICA | State | Other | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Reporting Year: 2015** | | | | | | | | | | | | | |
| 01/16/2015 | 12.00 | 0.00 | 0.00 | 120.00 | 0.00 | 0.00 | 120.00 | 0.00 | 9.18 | 0.00 | 0.00 | 0.00 | 110.82 |
| **1st Qtr  15** | **12.00** | | **0.00** | | **0.00** | | **120.00** | | **9.18** | | **0.00** | | **110.82** |
| | | **0.00** | | **120.00** | | **0.00** | | **0.00** | | **0.00** | | **0.00** | |
| 04/24/2015 | 0.00 | 0.00 | 3.00 | | 0.00 | 30.00 | 30.00 | 0.00 | 2.30 | 0.00 | 0.00 | 0.00 | 27.70 |
| 05/22/2015 | 0.00 | 0.00 | 3.00 | | 0.00 | 30.00 | 30.00 | 0.00 | 2.29 | 0.00 | 0.00 | 0.60 | 27.11 |
| **2nd Qtr 15** | **0.00** | | **6.00** | | **0.00** | | **60.00** | | **4.59** | | **0.00** | | **54.81** |
| | | **0.00** | | **0.00** | | **60.00** | | **0.00** | | **0.00** | | **0.60** | |
| 10/23/2015 | 4.00 | 0.00 | 3.00 | 40.00 | 0.00 | 30.00 | 70.00 | 0.00 | 5.36 | 0.00 | 0.00 | 0.00 | 64.64 |
| 11/06/2015 | 15.50 | 0.00 | 0.00 | 155.00 | 0.00 | 0.00 | 155.00 | 0.00 | 11.85 | 0.00 | 0.00 | 20.00 | 123.15 |
| 11/20/2015 | 1.50 | 0.00 | 0.00 | 15.00 | 0.00 | 0.00 | 15.00 | 0.00 | 1.15 | 0.00 | 0.00 | 0.00 | 13.85 |
| 12/04/2015 | 0.00 | 0.00 | 3.00 | | 0.00 | 30.00 | 30.00 | 0.00 | 2.30 | 0.00 | 0.00 | 20.00 | 7.70 |
| 12/18/2015 | 0.00 | 0.00 | 3.00 | | 0.00 | 30.00 | 30.00 | 0.00 | 2.29 | 0.00 | 0.00 | 0.00 | 27.71 |
| 12/31/2015 | 8.00 | 0.00 | 0.00 | 80.00 | 0.00 | 0.00 | 80.00 | 0.00 | 6.12 | 0.00 | 0.00 | 0.00 | 73.88 |
| **4th Qtr 15** | **29.00** | | **9.00** | | **0.00** | | **380.00** | | **29.07** | | **0.00** | | **310.93** |
| | | **0.00** | | **290.00** | | **90.00** | | **0.00** | | **0.00** | | **40.00** | |
| **Totals** | **41.00** | | **15.00** | | **0.00** | | **560.00** | | **42.84** | | **0.00** | | **476.56** |
| | | **0.00** | | **410.00** | | **150.00** | | **0.00** | | **0.00** | | **40.60** | |

## Compensation Detail

**United Jewish Council of the East Side HAS Corp**
Company (NY1020)

Page 1

### HERRERA, DULCE

182 RIVERDALE AVE.#F
BROOKLYN, NY 11212

| | | |
|---|---|---|
| Id | 100730 | |
| Status | T | |
| Loc | MCO-NY-1 | |
| Pay Freq | B | |
| Rate | 13.00 (12/31/2017) | |
| Hire | 09/25/02 | |
| Fed Tax Status | S-2 | |
| State Tax Status | NY S-2 | |
| SUI State | NY | |

| Check Date | Hours Reg | Hours OT | Hours Other | Earnings Reg | Earnings OT | Earnings Other | Gross | FITW | FICA | State | Other | Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Reporting Year: 2016** | | | | | | | | | | | | | |
| 04/08/2016 | 0.00 | 0.00 | 3.00 | | 0.00 | 30.00 | 30.00 | 0.00 | 2.30 | 0.00 | 0.00 | 0.00 | 27.70 |
| 05/20/2016 | 0.00 | 0.00 | 3.00 | | 0.00 | 30.00 | 30.00 | 0.00 | 2.29 | 0.00 | 0.00 | 0.60 | 27.11 |
| 06/17/2016 | 12.00 | 0.00 | 0.00 | 120.00 | 0.00 | 0.00 | 120.00 | 0.00 | 9.18 | 0.00 | 0.00 | 0.60 | 110.22 |
| **2nd Qtr 16** | 12.00 | 0.00 | 6.00 | 120.00 | 0.00 | 60.00 | 180.00 | 0.00 | 13.77 | 0.00 | 0.00 | 1.20 | 165.03 |
| 07/01/2016 | 5.75 | 0.00 | 0.00 | 57.50 | 0.00 | 0.00 | 57.50 | 0.00 | 4.39 | 0.00 | 0.00 | 20.00 | 33.11 |
| **3rd Qtr 16** | 5.75 | 0.00 | 0.00 | 57.50 | 0.00 | 0.00 | 57.50 | 0.00 | 4.39 | 0.00 | 0.00 | 20.00 | 33.11 |
| 11/04/2016 | 0.00 | 0.00 | 3.00 | | 0.00 | 30.00 | 30.00 | 0.00 | 2.31 | 0.00 | 0.00 | 0.00 | 27.69 |
| 12/16/2016 | 0.00 | 0.00 | 3.00 | | 0.00 | 30.00 | 30.00 | 0.00 | 2.29 | 0.00 | 0.00 | 0.60 | 27.11 |
| **4th Qtr 16** | 0.00 | 0.00 | 6.00 | 57.50 | 0.00 | 60.00 | 60.00 | 0.00 | 4.60 | 0.00 | 0.00 | 0.60 | 54.80 |
| **Totals** | 17.75 | 0.00 | 12.00 | 177.50 | 0.00 | 120.00 | 297.50 | 0.00 | 22.76 | 0.00 | 0.00 | 21.80 | 252.94 |