UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
1199SEIU UNITED HEALTHCARE WORKERS EAST,

                                                                   Petitioner,

                        v.

PSC COMMUNITY SERVICES, NEW PARTNERS, INC. D/B/A PARTNERS IN CARE, STELLA ORTON HOME CARE AGENCY, RICHMOND HOME NEEDS, SUNNYSIDE HOME CARE PROJECT, SUNNYSIDE CITYWIDE HOME CARE, FAMILY HOME CARE OF BROOKLYN AND QUEENS, CARE AT HOME, CHINESE-AMERICAN PLANNING COUNCIL HOME ATTENDANT PROGRAM, UNITED JEWISH COUNCIL OF THE EAST SIDE HOME ATTENDANT SERVICE CORP., THE FIRST CHINESE PRESBYTERIAN COMMUNITY AFFAIRS HOME ATTENDANT CORP., AZOR HOME CARE, BUSHWICK STUYVESANT HEIGHTS HOME ATTENDANT, INC., CABS HOMECARE, RIVERSPRING LICENSED HOMECARE SERVICES AGENCY, INC., ST. NICHOLAS HUMAN SUPPORTS CORP., WARTBURG, ALLIANCE FOR HEALTH, INC., REGION CARE, INC., SPECIAL TOUCH HOME CARE SERVICES, INC., RAIN, INC., PRESTIGE HOME CARE, INC., PRESTIGE HOME ATTENDANT, INC. D/B/A ALL SEASON HOME ATTENDANT, PERSONAL TOUCH HOME CARE OF N.Y., INC., PRIORITY HOME SERVICES, PREMIER HOME HEALTH CARE, INC., BRONX JEWISH COMMUNITY COUNCIL HOME ATTENDANT SERVICES, CIDNY INDEPENDENT LIVING SERVICES, HOME CARE SERVICES FOR INDEPENDENT LIVING, NEW YORK FOUNDATION FOR SENIOR CITIZENS HOME ATTENDANT SERVICES, COOPERATIVE HOME CARE ASSOCIATES, RISEBORO HOME CARE, INC., FEGS HOME ATTENDANT SERVICES, HOME HEALTH MANAGEMENT SERVICES, INC., SCHOOL SETTLEMENT HOME ATTENDANT CORP., ROCKAWAY HOME ATTENDANT, BRONXWOOD HOME FOR THE AGED, INC., ACCENTCARE OF NY, INC., ISABELLA VISITING CARE, INC., SOCIAL CONCERN COMMUNITY DEVELOPMENT CORP.,

**DECLARATION OF**
**BRIJESH SHAH**

Case No.
20-cv-03611-JGK

ABC HEALTH SERVICES REGISTRY, ALLIANCE HOME SERVICES, *collectively identified by the Arbitrator as the* "HOME HEALTH CARE AGENCIES",

                                        Respondents.

-----------------------------------------------------------------------X

STATE OF NEW JERSEY   )
                                ) ss.:
COUNTY OF PASSAIC   )

I, BRIJESH SHAH, declare pursuant to 28 U.S.C. § 1746 and subject to penalties of perjury, that the following is true and correct:

1. I am the Applications Manager, Management Information Systems for Petitioner 1199SEIU United Healthcare Workers East ("Union" or "1199").

2. In my capacity as Applications Manager, I have access to certain Union records, which include records containing the members of 1199 bargaining units and those members' dates of employment. These records are maintained in the normal course of business.

3. The report attached hereto as Exhibit A shows the contents of the Union's records with respect to the dates of employment in an 1199 bargaining unit position for the following 12 individuals: Seferina Acosta, Eugenia Barahona Alvarado, Carmen Carrasco, Mei Kum Chu, Sau King Chung, Dulce Herrera, Epifania Hichez, QunXiang Ling, Elida Agustin Mejia Herrera, Leticia Panama Rivas, Alvaro Ramirez-Guzman, and Gail Yan.

                                                              */s/ B.V. Shah*
                                                              BRIJESH SHAH

Date: December 7, 2020

# Exhibit A

| PersonID | JobID | FirstName | LastName | Employer | HireDate | FinalDate |
|---|---|---|---|---|---|---|
| 602854 | 610145 | Seferina | ACOSTA | First Chinese Presb. CAHA, Corp | 12/3/2004 0:00 | 7/5/2012 0:00 |
| 602854 | 809408 | Seferina | ACOSTA | CLOSED – United Jewish Council Licensed Home ( | 2/12/2007 0:00 | 8/31/2010 0:00 |
| 602854 | 810155 | Seferina | ACOSTA | United Jewish of East Side HAS | 2/12/2007 0:00 | 1/24/2017 21:06 |
| 1165953 | 1380214 | Eugenia | Barahona Alvarado | Alliance for Health, Inc | 4/5/2013 0:00 | 8/31/2015 0:00 |
| 1165953 | 1944973 | Eugenia | Barahona Alvarado | Personal Touch Home Care of NY | 4/25/2019 0:00 | 4/30/2020 0:00 |
| 500073 | 460985 | CARMEN | CARRASCO | United Jewish of East Side HAS | 10/31/2002 0:00 | 1/24/2017 21:06 |
| 500073 | 845332 | CARMEN | CARRASCO | CLOSED - First Aide | 4/12/2006 0:00 | 4/30/2011 0:00 |
| 500073 | 1170596 | CARMEN | CARRASCO | Home Care Svc for Independent Living | 5/21/2011 0:00 | 10/31/2020 0:00 |
| 500073 | 1462859 | CARMEN | CARRASCO | NY Foundation Scha Service Inc. | 3/29/2014 0:00 | 5/20/2020 0:00 |
| 477551 | 431556 | MEI KUM | Chu | Chinese American Planning Council | 1/25/2003 0:00 | 11/1/2013 0:00 |
| 530935 | 505758 | Sau King | Chung | Chinese American Planning Council | 8/4/2003 0:00 | 7/31/2014 10:49 |
| 464275 | 416173 | DULCE | HERRERA | United Jewish of East Side HAS | 9/25/2002 0:00 | 6/1/2017 0:00 |
| 464275 | 1448727 | DULCE | HERRERA | NY Foundation Scha Service Inc. | 3/29/2014 0:00 | 10/31/2020 0:00 |
| 457331 | 407335 | Epifania | Hichez | United Jewish of East Side HAS | 4/23/2002 0:00 | 6/19/2014 0:00 |
| 699973 | 749064 | QunXiang | Ling | Chinese American Planning Council | 3/23/2006 0:00 | 7/31/2015 0:00 |
| 367641 | 281199 | ELIDA AGUSTIN | Mejia Herrera | First Chinese Presb. CAHA, Corp | 6/23/2000 0:00 | 10/31/2015 0:00 |
| 367641 | 819280 | ELIDA AGUSTIN | Mejia Herrera | CLOSED – United Jewish Council Licensed Home ( | 5/22/2007 0:00 | 8/31/2010 0:00 |
| 367641 | 831592 | ELIDA AGUSTIN | Mejia Herrera | United Jewish of East Side HAS | 5/3/2007 0:00 | 3/31/2014 0:00 |
| 783156 | 867332 | Leticia | Panama Rivas | First Chinese Presb. CAHA, Corp | 12/17/2007 0:00 | 5/31/2015 0:00 |
| 784633 | 869593 | ALVARO | RAMIREZ-GUZMAN | First Chinese Presb. CAHA, Corp | 3/22/2008 0:00 | 1/24/2017 21:06 |
| 784633 | 1295018 | ALVARO | RAMIREZ-GUZMAN | United Jewish of East Side HAS | 3/2/2012 0:00 | 11/15/2017 0:00 |
| 784633 | 1465597 | ALVARO | RAMIREZ-GUZMAN | FEGS Home Attendant Services | 5/16/2014 0:00 | 10/31/2020 0:00 |
| 784633 | 1470997 | ALVARO | RAMIREZ-GUZMAN | CLOSED – FEGS Homecare Services Inc. | 5/16/2014 0:00 | 9/28/2015 0:00 |
| 642551 | 657940 | Gail | Yan | First Chinese Presb. CAHA, Corp | 8/8/2005 0:00 | 9/30/2014 0:00 |