```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────
1199SEIU UNITED HEALTHCARE WORKERS
EAST,
                                          20-Cv-3611 (JGK)
        PETITIONER,
                                          ORDER
   - AGAINST -

PSC COMMUNITY SERVICES, ET AL.,

        RESPONDENTS.
────────────────────────────────────────
GUZMAN, ET AL.,                           20-Cv-3929 (JGK)

        PLAINTIFFS,                       ORDER

   - AGAINST -

FIRST CHINESE PRESBYTERIAN COMMUNITY
AFFAIRS HOME ATTENDANT CORPORATION

        DEFENDANT.
────────────────────────────────────────
ALVARADO, ET AL.                          20-Cv-3930 (JGK)

        PLAINTIFFS,                       ORDER

   - AGAINST -

ALLIANCE FOR HEALTH, INC.,

        DEFENDANTS.
────────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

As discussed at oral argument held on December 14, 2020, the parties may file supplemental briefing on the most important cases regarding finality in this context by **December 21, 2020.**

Submissions should be no more than two double-spaced pages, with regular typeface and font size.

**SO ORDERED.**

**Dated:    New York, New York
           December 14, 2020**

                                    ____/s/ John G. Koeltl_____
                                       John G. Koeltl
                                    **United States District Judge**