**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**1199SEIU UNITED HEALTHCARE WORKERS EAST,**

            Petitioner                      20 **CIVIL** 3611 (JGK)

    -against-                           **JUDGMENT**

**PSC COMMUNITY SERVICES, ET AL.,**

            Respondents.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 18, 2021, The Court has considered all of the arguments of the parties, Proposed Intervenors, and Non-Party Yan. To the extent not discussed above, the arguments are either moot or without merit. For the foregoing reasons, the Proposed Intervenors' motion to intervene is **DENIED**, the motions to dismiss by the Proposed Intervenors and Non-Party Yan are **DENIED**, and the petition to confirm the Award is **GRANTED**; accordingly, this case is closed.

**Dated**: New York, New York
        February 19, 2021

                                          **RUBY J. KRAJICK**
                                          _____
                                            **Clerk of Court**
                                     BY: _____
                                              **Deputy Clerk**