UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

1199SEIU UNITED HEATHCARE WORKERS
EAST,

                  Petitioner,

      - against -

PSC COMMUNITY SERVICES, ET AL.,

                Respondents.

20-cv-3611 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    As discussed at the conference held today, Maktumma Teshabaeva and Jin Hua Deng's opposition to the movants' motion for a preliminary and/or permanent injunction is due by **January 14, 2022.** The movants' reply is due by **January 28, 2022.**

SO ORDERED.

Dated:    New York, New York
           December 23, 2021

                            John G. Koeltl
                  United States District Judge