UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

1199SEIU UNITED HEALTHCARE WORKERS
EAST,                                             20-cv-3611 (JGK)

                Petitioner,          ORDER

    - against -

PSA COMMUNITY SERVICES, ET AL.,

                Respondents.
───────────────────────────────

JOHN G. KOELTL, District Judge:

    For the reasons given on the record at the conference held today, the movants' motion for a temporary restraining order is **denied**. The petitioner should respond to the movants' motion for a preliminary injunction by March 22, 2022. The movants should reply by March 25, 2022.

SO ORDERED.

Dated:    New York, New York
            March 15, 2022

                                      John G. Koeltl
                               United States District Judge

1