UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 1199SEIU UNITED HEALTHCARE WORKERS EAST,<br><br>                                        Petitioner,<br><br>v.<br><br>PSC COMMUNITY SERVICES, NEW PARTNERS, INC. D/B/A PARTNERS IN CARE, STELLA ORTON HOME CARE AGENCY, RICHMOND HOME NEEDS, SUNNYSIDE HOME CARE PROJECT, SUNNYSIDE CITYWIDE HOME CARE, FAMILY HOME CARE OF BROOKLYN AND QUEENS, CARE AT HOME, CHINESE-AMERICAN PLANNING COUNCIL HOME ATTENDANT PROGRAM, UNITED JEWISH COUNCIL OF THE EAST SIDE HOME ATTENDANT SERVICE CORP., THE FIRST CHINESE PRESBYTERIAN COMMUNITY AFFAIRS HOME ATTENDANT CORP., AZOR HOME CARE, BUSHWICK STUYVESANT HEIGHTS HOME ATTENDANT, INC., CABS HOMECARE, RIVERSPRING LICENSED HOMECARE SERVICES AGENCY, INC., ST. NICHOLAS HUMAN SUPPORTS CORP., WARTBURG, ALLIANCE FOR HEALTH, INC., REGION CARE, INC., SPECIAL TOUCH HOME CARE SERVICES, INC., RAIN, INC., PRESTIGE HOME CARE, INC., PRESTIGE HOME ATTENDANT, INC. D/B/A ALL SEASON HOME ATTENDANT, PERSONAL TOUCH HOME CARE OF N.Y., INC., PRIORITY HOME SERVICES, PREMIER HOME HEALTH CARE, INC., BRONX JEWISH COMMUNITY COUNCIL HOME ATTENDANT SERVICES, CIDNY INDEPENDENT LIVING SERVICES, HOME CARE SERVICES FOR INDEPENDENT LIVING, NEW YORK FOUNDATION FOR SENIOR CITIZENS HOME ATTENDANT SERVICES, COOPERATIVE HOME CARE ASSOCIATES, RISEBORO HOME CARE, INC., FEGS HOME ATTENDANT SERVICES, HOME HEALTH MANAGEMENT SERVICES, INC., SCHOOL SETTLEMENT HOME ATTENDANT CORP., ROCKAWAY HOME ATTENDANT, BRONXWOOD HOME FOR THE AGED, INC., ACCENTCARE OF NY, INC., ISABELLA VISITING CARE, INC., SOCIAL CONCERN COMMUNITY DEVELOPMENT CORP., ABC HEALTH SERVICES REGISTRY, ALLIANCE HOME SERVICES, *collectively identified by the Arbitrator as the* "HOME HEALTH CARE AGENCIES",<br><br>                                        Respondents. | Civil Action No. 20-cv-03611 (JGK)<br><br>**NOTICE OF MOTION TO PARTIALLY VACATE ARBITRATION AWARD** |

**PLEASE TAKE NOTICE** that the undersigned shall move this Court, before the Honorable John G. Koeltl, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, on such date and at such time as the Court shall determine, for an Order partially vacating the February 25, 2022 Arbitration Award (the "Second Award").

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Movants will rely on the accompanying Declaration of LaDonna M. Lusher and the exhibits annexed thereto, and the Memorandum of Law in Support.

Dated: New York, New York
April 26, 2022

VIRGINIA & AMBINDER, LLP

By: ___/s/ LaDonna M. Lusher___
LaDonna M. Lusher, Esq.
Kara S. Miller, Esq.
Michele A. Moreno, Esq.
Alanna R. Sakovits, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
llusher@vandallp.com
Tel:   (212) 943-9080

Michael Taubenfeld, Esq.
FISHER TAUBENFELD LLP
225 Broadway, Suite 1700
New York, New York 10007
michael@fishertaubenfeld.com
Tel: (212) 571-0700

Tito Sinha
TAKEROOT JUSTICE
123 William Street, 16th Floor
New York, NY 10038
tsinha@takerootjustice.org
Tel: (212) 810-6744

*Counsel for Movants*

TO:   All counsel of record (via ECF)