UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

1199SEIU UNITED HEALTHCARE WORKERS
EAST,                                          20-cv-3611 (JGK)

                Petitioner,          ORDER

    - against -

PSC COMMUNITY SERVICES, ET AL.,

                Respondents.

───────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The Court received the attached letter in opposition to the Union's pending motion to confirm the Second Award.

SO ORDERED.

Dated:    New York, New York
           April 27, 2022

                                          John G. Koeltl
                             United States District Judge

1

Sarah Ahn
Flushing Workers Center
36-38 Union Street 2nd Fl.
Flushing, NY 11354
(718) 600-0793
ahn.s81@gmail.com

April 27, 2022

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE: 20-CV-03611

Dear Honorable John G. Koeltl,

I am writing on behalf of current and former employees of the Chinese-American Planning Council. I am with a workers center which has been helping these workers seek justice for the years they worked grueling 24-hour workdays and had their rights violated by not being paid for 11 hours of their shift, even when they were unable to sleep for an uninterrupted 5 hours.

Lai Yee Chan and Mei Kum Chu, on behalf of some of their co-workers, have filed charges against their union, 1199SEIU, at the National Labor Relations Board (29-CB-293554 and 29-CB-293755). They have also requested injunctive relief pursuant to Section 10j of the National Labor Relations Act as they will suffer irreparable harm if the arbitration award is carried out. We therefore ask that you do not confirm the arbitrator's award until the NLRB makes its final decision.

If you have any questions or concerns about our request, please contact me by phone or email.

Thank you very much.

Sincerely,

Sarah Ahn