**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
1199 SEIU UNITED HEALTHCARE WORKERS
EAST,

                        Petitioner,

     -against-                                 20 **CIVIL** 3611 (JGK)

## **JUDGMENT**

PSC COMMUNITY SERVICES, ET AL.,

                        Respondents.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 24, 2022, the Court has considered all of the arguments of the parties. To the extent not discussed, the arguments are either moot or without merit. For the foregoing reasons, the Movants' motion to intervene is denied. The Movants' motion to vacate the Award in part is denied. The Union's Amended Petition to confirm the Award is granted; accordingly, the case is closed.

**Dated:** New York, New York

      June 28, 2022

                                                           **RUBY J. KRAJICK**

                                                           **Clerk of Court**
                         **BY:**                K. Mango

                                                            **Deputy Clerk**