UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 1199SEIU UNITED HEALTHCARE WORKERS EAST,<br><br>Petitioner,<br><br>v.<br><br>PSC COMMUNITY SERVICES, NEW PARTNERS, INC. D/B/A PARTNERS IN CARE, STELLA ORTON HOME CARE AGENCY, RICHMOND HOME NEEDS, SUNNYSIDE HOME CARE PROJECT, SUNNYSIDE CITYWIDE HOME CARE, FAMILY HOME CARE OF BROOKLYN AND QUEENS, CARE AT HOME, CHINESE-AMERICAN PLANNING COUNCIL HOME ATTENDANT PROGRAM, UNITED JEWISH COUNCIL OF THE EAST SIDE HOME ATTENDANT SERVICE CORP., THE FIRST CHINESE PRESBYTERIAN COMMUNITY AFFAIRS HOME ATTENDANT CORP., AZOR HOME CARE, BUSHWICK STUYVESANT HEIGHTS HOME ATTENDANT, INC., CABS HOMECARE, RIVERSPRING LICENSED HOMECARE SERVICES AGENCY, INC., ST. NICHOLAS HUMAN SUPPORTS CORP., WARTBURG, ALLIANCE FOR HEALTH, INC., REGION CARE, INC., SPECIAL TOUCH HOME CARE SERVICES, INC., RAIN, INC., PRESTIGE HOME CARE, INC., PRESTIGE HOME ATTENDANT, INC. D/B/A ALL SEASON HOME ATTENDANT, PERSONAL TOUCH HOME CARE OF N.Y., INC., PRIORITY HOME SERVICES, PREMIER HOME HEALTH CARE, INC., BRONX JEWISH COMMUNITY COUNCIL HOME ATTENDANT SERVICES, CIDNY INDEPENDENT LIVING SERVICES, HOME CARE SERVICES FOR INDEPENDENT LIVING, NEW YORK FOUNDATION FOR SENIOR CITIZENS HOME ATTENDANT SERVICES, COOPERATIVE HOME CARE ASSOCIATES, RISEBORO HOME CARE, INC., FEGS HOME ATTENDANT SERVICES, HOME HEALTH MANAGEMENT SERVICES, INC., SCHOOL SETTLEMENT HOME ATTENDANT CORP., ROCKAWAY HOME ATTENDANT, BRONXWOOD HOME FOR THE AGED, INC., ACCENTCARE OF NY, INC., ISABELLA VISITING CARE, INC., SOCIAL CONCERN COMMUNITY DEVELOPMENT CORP., ABC HEALTH SERVICES REGISTRY, ALLIANCE HOME SERVICES, *collectively identified by the Arbitrator as the* "HOME HEALTH CARE AGENCIES",<br><br>Respondents. | Civil No. 20-cv-03611<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Appellants/Movants Eugenia Barahona Alvarado, Mei Kum Chu, Sau King Chung, Alvaro Ramirez Guzman, Elida Agustina Mejia Herrera, Leticia Panama Rivas, Gail Yan, Qun Xiang Ling, Rafaela Cruceta, Virtudes Duran, Wai Kam Lou, Yue Ming Wu, Cui Ying Mai (collectively "Appellants/Movants"), hereby appeal to the United States Court of Appeals for the Second Circuit from the Order entered in this action on June 24, 2022, denying Appellants/Movants' motion to intervene, denying Appellants/Movants' motion to partially vacate the February 25, 2022 Arbitration Award, and granting Respondent/Petitioner 1199SEIU United Healthcare Worker East's amended petition to confirm the February 25, 2022 Arbitration Award. This appeal is taken from each and every part of the June 24, 2022 Order. Final judgment was entered on June 28, 2022.

Dated: New York, New York
     July 22, 2022

VIRGINIA & AMBINDER, LLP
/s/ LaDonna M. Lusher
LaDonna M. Lusher, Esq.
Kara Miller, Esq.
Michele Moreno, Esq.
Alanna Sakovits, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
Tel: (212) 943-9080
 Fax: (212) 943-9082
llusher@vandallp.com

*Attorneys for Appellants/Movants Alvaro Ramirez Guzman, Elida Agustina Mejia Herrera, Leticia Panama Rivas, Gail Yan, Eugenia Barahona Alvarado, Rafaela Cruceta, Virtudes Duran, Wai Kam Lou, Yue Ming Wu and Cui Ying Mai*

FISHER TAUBENFELD LLP
Michael Taubenfeld
225 Broadway, Suite 1700
New York, NY, 10007
Tel: (212) 571-0700

2

Fax: (212) 505-2001
michael@fishertaubenfeld.com


and

TAKEROOT JUSTICE
Tito Sinha, Esq.
123 Williams Street, 16th Floor
New York, New York 10038
Tel:     (646) 459-3021
Fax:     (212)-533-4598
tsinha@takerootjustice.org

*Attorneys for Appellants/Movants*
*Mei Kum Chu, Sau King Chung, and*
*Qun Xiang Ling*