UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

1199SEIU UNITED HEALTHCARE WORKERS EAST,

        Petitioner,

- against -

PSC COMMUNITY SERVICES, ET AL.,

        Respondents.

20-cv-3611 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The respondents should submit courtesy copies of all papers filed in connection with the fully briefed motion for a preliminary and/or permanent injunction.

SO ORDERED.

Dated: New York, New York
      September 19, 2022

                                  John G. Koeltl
                            United States District Judge