UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

1199SEIU UNITED HEALTHCARE WORKERS EAST,

        Petitioner,

- against -

PSC COMMUNITY SERVICES, ET AL.,

        Respondents.

20-cv-3611 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for oral argument in connection with respondent United Jewish Council's motion for a preliminary and/or permanent injunction on **September 30, 2022**, at **11:00 a.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            September 26, 2022

                                       /s/ John G. Koeltl
                                         John G. Koeltl
                                   United States District Judge