UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

1199SEIU UNITED HEALTHCARE WORKERS EAST,

        Petitioner,

- against -

PSC COMMUNITY SERVICES, ET AL.,

        Respondents.

20-cv-3611 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

Respondent Premier Home Health Care, Inc. should file its response to the petitioner's petition to confirm arbitration (ECF No. 289) by November 8, 2022. The petitioner may reply by November 18, 2022.

SO ORDERED.

Dated:    New York, New York
           October 17, 2022

                                      John G. Koeltl
                              United States District Judge