UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1199SEIU UNITED HEALTHCARE WORKERS EAST,

        Petitioner,

- against -

PSC COMMUNITY SERVICES, ET AL.,

        Respondents.

20-cv-3611 (JGK)

PRELIMINARY INJUNCTION ORDER

JOHN G. KOELTL, District Judge:

    Respondent United Jewish Council of the East Side Home Attendant Service Corp. ("Movant" or "UJC"), having moved for a preliminary injunction enjoining Epifania Hichez, Carmen Carrasco, and Seferina Acosta (collectively, "Hichez Plaintiffs") and their counsel, and all persons acting in concert with them or on their behalf, from prosecuting the claims brought on behalf of members of the putative class in the New York state court action styled Hichez v. United Jewish Counsel of the East Side Home Attendant Service Corp., which is pending before the Supreme Court of the State of New York, County of New York, under Index No. 653250/2017 (the "Hichez Action"), pursuant to the All Writs Act and the Anti-Injunction Act; and Movant having properly served the Hichez Plaintiffs; and the Court having reviewed the Notice of Motion and memoranda of law and supporting declarations and exhibits submitted therewith in support of the Motion (and the opposition

to the Motion); and the Court having issued its Opinion and Order dated October 11, 2022 (ECF No. 286);

**IT IS HEREBY ORDERED THAT** pending this Court's decision on the Movant's request for a permanent injunction, the Hichez Plaintiffs and their agents and anyone acting in concert with them, are hereby enjoined and restrained from pursuing or prosecuting the Hichez Action on behalf of any member(s) of the putative class in the Hichez Action of former UJC home care aides employed between June 14, 2011, and October 31, 2021, absent further Order from this Court. This Order does not preclude the Hichez Plaintiffs from pursuing their individual claims in the Hichez Action.

**SO ORDERED.**

Dated:   New York, New York
         October 20, 2022

_____
John G. Koeltl
**United States District Judge**