```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------------------

1199SEIU UNITED HEALTHCARE WORKERS
EAST,                                                        20-cv-3611 (JGK)

                  Petitioner,            ORDER

    - against -

PSC COMMUNITY SERVICES, ET AL.,

                  Respondents.

--------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The respondent Premier Home Health Care Services, Inc. ("Premier") is reminded that it was required to appear by new counsel and file a notice of appearance by **November 7, 2022**. See ECF No. 303. Premier is also reminded that its response to the most recent petition related to the arbitration award (ECF No. 289) is due on **November 16, 2022**. If Premier fails to respond to the petition by the November 16 deadline, the Court will decide the petition on the papers that have already been filed.

    Petitioner 1199SEIU United HealthCare Workers East's application dated November 9, 2022, to order Premier to appear by new counsel by November 11, 2022, see ECF No. 306, is denied without prejudice as moot. Premier was ordered to appear by new counsel by November 7, 2022. If Premier fails to respond to the petition (ECF No. 289), the Court will decide the petition on the current papers.

The Clerk is respectfully directed to close ECF No. 306.

**SO ORDERED.**

**Dated:**   **New York, New York**
            **November 9, 2022**

                                             _____
                                             John G. Koeltl
                                             United States District Judge