**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
1199SEIU UNITED HEALTHCARE
WORKERS EAST,

                Petitioner,                          20 **CIVIL** 3611 (JGK)

         -against-                                 **JUDGMENT**

PSC COMMUNITY SERVICES, ET AL.,
                          Respondents.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 29, 2022, the Union's Third Petition is granted and the Premier Award is confirmed. The Union's request for attorneys' fees is granted, with the appropriate amount of fees to be determined after the Union's counsel has submitted a fee application. The application for attorneys' fees must be submitted within 60 days of the date of the Memorandum Opinion and Order. Premier may respond by counsel 30 days thereafter, and the Union may reply 15 days thereafter.

**Dated**: New York, New York
           November 29, 2022

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                        **Clerk of Court**
                      **BY:**              *K. Mango*
                                                       _____
                                                        **Deputy Clerk**