**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**1199SEIU UNITED HEALTHCARE WORKERS EAST,**

**Petitioner,**

**- against -**

**PSC COMMUNITY SERVICES, ET AL.,**

**Respondents.**

**20-cv-3611 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

On July 10, 2026, the Court of Appeals vacated in part this Court's orders and judgments confirming the First and Second Awards and remanded for entry of revised judgments. See 1199SEIU United Healthcare Workers E. v. PSC Cmty. Servs., Nos. 21-631(L), 21-633, 22-1587 (2d Cir. July 10, 2026). The mandate issued on August 3, 2026. ECF No. 320.

The parties and movants who sought intervention should confer and propose a judgment to be entered by this Court in view of the opinion of the Court of Appeals by **August 20, 2026**. If the parties and intervenors are unable to agree on a proposed judgment, the parties and intervenors should submit their respective proposed judgments by **August 20, 2026**, with an explanation of no

more than three pages. The parties and intervenors may submit any responses of no more than three pages by **August 27, 2026**.

**SO ORDERED.**

**Dated:** **New York, New York**
**August 13, 2026**

/s/ John G. Koeltl

**John G. Koeltl**
**United States District Judge**