UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1199SEIU UNITED HEALTHCARE WORKERS EAST,

Petitioner,

- against -

PSC COMMUNITY SERVICES, ET AL.,

Respondents.

20-cv-3611 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The Court has carefully considered the proposed judgments by the various parties. It has entered a judgment that embodies the directions of the Court of Appeals. It confirms the First and Second Arbitral Awards except as to the Appellant Intervenors, and as to those parties it allows the state courts to determine the ability of those parties to recover for themselves and any class the state courts may deem appropriate. It is unnecessary to include all of the qualifications that the parties seek to impose on the proposed judgment, including the various reasons that various Intervenor Appellants may not be able to recover. The Court of Appeals left those determinations to the state courts and this Court should not attempt to modify or explain the opinion of the Court of Appeals.

**SO ORDERED.**

**Dated:** New York, New York
September 8, 2026

John G. Koeltl
United States District Judge